🕮JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI/USPIS__

City __Boston__  **Related Case Information:**

County __Suffolk__  Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number __18-mj-6344; 19-mj-2059__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Randall Crater__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address  (City & State) __East Hampton, New York__

Birth date (Yr only): __1970__  SSN (last4#): __7351__  Sex __M__  Race: __White__  Nationality: __Unknown__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Jordi de Llano__  Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No  List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __2/26/2019__  Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Randall Crater

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1-4 |
| Set 2 | 18 USC § 1957 | Unlawful Monetary Transactions | 5-7 |
| Set 3 | 18 USC § 981(a)(1)(C) | Forfeiture Allegation | - |
| Set 4 | 18 USC § 982(a)(1) | Forfeiture Allegation | - |
| Set 5 | 28 USC § 2461(c) | Forfeiture Allegation | - |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013