IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 19-cr-10063-DJC |
| ) | |
| RANDALL CRATER, ) | |
| ) | |
| Defendant ) | |

GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the indictment, and any other paperwork related to the above-referenced matter be unsealed and made available in the public record. In support of this motion, the government states that on February 27, 2019, the defendant arrested. Accordingly, there is no further reason to keep this matter secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   _/s/ Jordi de Llano_____
Jordi de Llano
Assistant U.S. Attorney

Date:  2/26/2019