AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cr-10063 |
| Randall Crater | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 02/28/2019

/s/ Caitlin Roberts Cottingham
*Attorney's signature*

Caitlin R. Cottingham, DC Bar No. 1004335
*Printed name and bar number*

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20530
*Address*

caitlin.cottingham@usdoj.gov
*E-mail address*

(202) 616-5575
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party in the above-captioned case, via the CM/ECF electronic filing system.

By:    /s/ Caitlin Roberts Cottingham
          Trial Attorney, United States Department of Justice
          Criminal Division, Fraud Section
          1400 New York Avenue, NW
          Washington, DC 20005
          Tel: (202) 616-5575
          Email: Caitlin.Cottingham@usdoj.gov