UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America<br><br>v.<br><br>Randall Crater | Case No.<br><br>19-cr-10063-DJC |

**APPEARANCE OF STEVEN N. FULLER**
**For RANDALL CRATER**

Please enter the Appearance of Steven N. Fuller, Esq., Markun Zusman Freniere Compton, LLP, 40 Grove Street/Suite 275 Wellesley, MA 02482 as counsel to Randall Crater.

Respectfully submitted,

/s/  Steven N. Fuller
BBO# 550224
Markun Zusman Freniere Compton, LLP
40 Grove Street/Suite 275
Wellesley, MA 02482
781 489-5464
sfuller@mzclaw.com

Dated: March 19, 2019

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2019.

/s/      Steven N. Fuller

1