UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)
CRIMINAL DOCKET FOR CASE #: 1:19-CR-10063-DJC-1

| |
|---|
| United States of America |
| V. |
| Randall Crater |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF STEVEN FULLER.

 Please enter the Withdrawal of Appearance of Steven N. Fuller as counsel to Defendant Randall Crater.

        Respectfully submitted,

        /s/ Steven N. Fuller

        Steven N. Fuller, Esq.
        MA Bar 550224
        Markun Zusman Freniere & Compton, LLP
        40 Grove Street, Suite 275
        Wellesley, MA. 02482
        sfuller@mzclaw.com
        781-489-5464 office
        781-772-1483 facsimile
        617-710-1717 mobile

**CERTIFICATE OF SERVICE**

  I, Steven N. Fuller, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2019.

              /s/ Steven N. Fuller

              Steven N. Fuller, Esq.