UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v. )<br>)<br>RANDALL CRATER, )<br>)<br>  Defendant. ) | Criminal No.: 19-10063-DJC |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following initial status report prepared in connection with the interim status conference scheduled for June 21, 2019:

(1)   Automatic Discovery/Pending Discovery Requests

The government provided automatic discovery to the Defendant on April 18 and 25, and May 7 and 10, 2019.

(2)   Additional Discovery

The government anticipates providing additional discovery in the next 30 days, which will include one additional email search warrant return.

(3)   Timing of Additional Discovery Requests

The Defendant is reviewing the discovery provided by the government and the parties expect additional discovery to be produced in the next 30 days. Accordingly, it is premature to decide what, if any, discovery requests will be made.

(4)   Protective Orders

On April 17, 2019, the Court entered an agreed upon protective order (Doc. #19), which applies to all discovery produced by the government.

(5)   Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)   Expert Discovery

The government agrees to provide any expert witness disclosures 30 days prior to trial. The Defendant agrees to provide any expert witness disclosures 21 days prior to trial.

(7)     Insanity, Public Authority, and Alibi Defenses

The Defendant does not anticipate asserting either insanity, public authority, or alibi as a defense.

(8)     Speedy Trial Act

All of the time has been excluded between the Defendant's initial appearance and arraignment on March 20, 2019 through the date of the interim status conference on June 21, 2019. (Docs. #14, 22).

(9)     Additional Interim Status Conference

The parties respectfully request that the Court schedule an additional Interim Status Conference to occur in approximately 45 days from the First Interim Status Conference, or as soon thereafter as is convenient for the Court and ask that the time between the Initial Status Conference and the Interim Status Conference be excluded from all Speedy Trial calculations.

                                                Respectfully submitted,

                                                ANDREW E. LELLING
                                                UNITED STATES ATTORNEY

Date: June 19, 2019                  By:      /s/ Jordi de Llano
                                                Jordi de Llano
                                                Assistant U.S. Attorney

                                                /s/ Caitlin R. Cottingham
                                                Caitlin R. Cottingham
                                                Trial Attorney

Date: June 19, 2019                  By:     /s/ Ian Gold
                                                Ian Gold
                                                Counsel for Randall Crater

## CERTIFICATE OF SERVICE

      I, Jordi de Llano, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: June 19, 2019                    /s/ *Jordi de Llano*
                                             Assistant United States Attorney