AO 458 (Rev. 10/95 - Rev. D. MA 2/07)   Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
V.

Randall Crater

**APPEARANCE**

Case Number:   19-cr-10063

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

randall crater

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

| | |
|---|---|
| ☐ | CJA Appointment |
| ☐ | Federal Public Defender |
| ✓ | Retained |
| ☐ | Pro Bono |

Date   7/25/19

Signature   /s/ Geoffrey Nathan

geoffrey g nathan                               552110

Print Name                                      Bar Number

132 Boylston ST

Address

Boston                    MA              02116

City            State            Zip Code

(617) 472-5777

Phone Number                    Fax Number

**CERTIFICATE OF SERVICE**

i hereby certify that a true copy of the above
document was served upon the attorney of record for
each other party by mail and on 7/26/19

/s/ Geoffrey Nathan