UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 19-cr.-10063-DJC |
| | ) |
| RANDALL CRATER, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW**

Now comes undersigned counsel, Ian Gold, and moves to withdraw as counsel for defendant Randall Crater in this matter. As grounds, counsel states that this is the defendant's preference, and successor counsel has entered an appearance.

Respectfully submitted,

RANDALL CRATER,
By his attorney,


*/s/Ian Gold*
Ian Gold (BBO# 665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
ian.gold@iangoldlaw.com
617-297-7686 (office and mobile)

Date:  July 26, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that true copies of this document will be served on the registered parties through the ECF system on this date, Jul. 26, 2019.

/s/Ian Gold
Ian Gold