UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CRIMINAL DOCKET FOR CASE #1:19-cr-10063-DJC

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. )
)
RANDALL CRATER, )
)
         Defendant. )
)

## AFFIDAVIT IN SUPPORT OF MOTION

## FOR ADMISSION PRO HAC VICE OF RAY E CHANDLER

**PERSONALLY APPEARED** before me, Ray E. Chandler, Esquire, who after being duly sworn deposes as follows: I am a citizen of the State of South Carolina. My address is 130 Ocean Park Loop, Georgetown, South Carolina 29440.

In accordance with Local Rule 83.5.3, I am respectfully seeking admission *Pro Hac Vice* in the United States District Court for the District of Massachusetts.

I am a practicing attorney in good standing in the Bar of the State of South Carolina, the Federal District Court of the State of South Carolina, the Fourth Circuit Court of Appeals and the Court of Military Appeals.

I have been licensed in the State of South Carolina since October 17, 1971. My State Bar Number is 1183.

I have been admitted to practice before the Federal District Court of South Carolina since November 5, 1980. My Federal Bar number is 93.

I am not subject to any disciplinary procedure. My license has never been suspended.

Further, I have never had my *Pro Hac Vice* status revoked for misconduct in any jurisdiction.

I am familiar with the Local Rules of Practice in the Federal District of Massachusetts.

I have known and represented the Defendant, Randall Crater, for approximately 35 years.

Further I sayeth not.

Respectfully submitted,

By _____
Ray E. Chandler

SWORN to before me this 1st day of August, 2019.

_____
Notary Public for South Carolina

My Commission Expires: 3/23/26

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I filed the foregoing **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF RAY E. CHANDLER** with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to the following:

Caitlin R. Cottingham
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
Email: caitlin.cottingham@usdoj.gov

Jordi deLlano, Assisant U.S. Attorney
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
Email: Jordi.de.llano.campos@usdoj.gov

I also certify that a copy of the above-mentioned document had been served via U.S. Mail on the parties listed below on this 5th day of August, 2019.

No Manual Recipients.

/s/Geoffrey G. Nathan
GEOFFREY G. NATHAN
Attorney for Defendant
**RANDALL CRATER**
E-mail: nathanlaw@earthlink.net