AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

## CERTIFICATE OF GOOD STANDING

I, __Robin L. Blume__, Clerk of this Court,

certify that __Ray E Chandler__, Bar # __93__,

was duly admitted to practice in this Court on __11/05/1980__, and is in good standing as a member

of the Bar of this Court.

Dated at __Columbia, South Carolina__ on __07/29/2019__
                             (Location)                                   (Date)

Robin L. Blume
*CLERK*

*Margaret Nason*
*DEPUTY CLERK*

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Ray Elbert Chandler Jr. was duly sworn and admitted as an attorney in this state on September 21, 1971, and is currently a regular member of the South Carolina Bar in good standing.

DANIEL E. SHEAROUSE, CLERK

BY *Margaret C. McGee*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

July 29, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I filed the foregoing **CERTIFICATES OF GOOD STANDING** with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to the following:

Caitlin R. Cottingham
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
Email: caitlin.cottingham@usdoj.gov

Jordi deLlano, Assisant U.S. Attorney
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
Email: Jordi.de.llano.campos@usdoj.gov

I also certify that a copy of the above-mentioned document had been served via U.S. Mail on the parties listed below on this 5th day of August, 2019.

No Manual Recipients.

/s/Geoffrey G. Nathan
GEOFFREY G. NATHAN
Attorney for Defendant
**RANDALL CRATER**
E-mail: nathanlaw@earthlink.net