UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 19-cr-10063 |
| ) | |
| Randall Crater ) | |

ASSENTED TO MOTION TO ADVANCE PRE-TRIAL CONFERENCE

Counsel moves to advance the pre-trial from 9/19/19 to 9/18/19 at 2PM

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan, Esq.

Geoffrey G. Nathan
BBO #552110
132 Boylston Street – 5th Floor
Boston, MA 02116
(617) 472-5775
(617) 262-1060 x31
(617) 479-0917 fax

Assented-to: De Llano Campos, Jordi (USAMA)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 8/21/19

/s/