

# CHANDLER & JENNINGS, LLC
### Attorneys At Law

RAY E. CHANDLER
BLAIR C. JENNINGS
LAUREN L. FELDER*
* Also licensed in North Carolina

8 SOUTH BROOKS STREET
POST OFFICE BOX 10
MANNING, SC 29102
TELEPHONE: (803) 566-7744
FAX: (803) 433-0158

CHARLESTON OFFICE
1060 East Montague Ave., Ste. 301
North Charleston, SC 29405
(843) 745-4542

**REPLY TO MANNING OFFICE**

August 27, 2019

Caitlin R. Cottingham
United States Department of Justice
**Via Email** – caitlin.cottingham@usdoj.gov

Jordi deLlano
U.S. Attorney's Office MA
**Via Email** – jordi.de.llano.campos@usdoj.gov

      Re:    USA v. Crater
                Case Number: 1:19-cr-10063-DJC

Dear Caitlin and Jordi:

    Please allow this letter to confirm that prior to indictment we have turned over to you all reverse Jenks Act material as required. In the event that it is necessary, I will be available, at your request, to go over the documents in your office.

    I trust that at some appropriate point in the future, in advance of trial, that you will be in a position to stipulate to both authenticity and admissibility of this evidence.

                                               My best regards,

                                               Ray E. Chandler

REC/cnt

cc:    Geoffrey G. Nathan, Esquire
        **Via Email** - Nathanlaw@earthlink.net

cc:    Mr. Randall Crater