# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.                              ) | 19-cr-10063-DJC |
| ) | |
| ) | |
| **(1) Randall Crater**          ) | |

### Defendant Motion to Continue Status Conference Date
### (assented to)

Now comes Attorney Geoffrey Nathan and moves that the court reschedule Status date to 10-1-19 @ 3pm by agreement with the government

The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h),  time excluded from the date of this filing to October 1, 2019

As reason therefore:

1. The defense still reviewing discovery.

Wherefore counsel prays that the motion be allowed.

                                            THE DEFENDANT

                                            By Attorneys,

                                            /s/ Geoffrey G. Nathan, Esq.

                                            /s/ Ray Chandler, Esq. (pro hoc attorney)

                                            _____

                                            Geoffrey G. Nathan
                                            BBO #552110
                                            132 Boylston Street – 5th Floor
                                            Boston, MA 02116
                                            (617) 472-5775

Assented-to: Jordi DeLliano, Asst. US Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 9/15/19

/s/ Geoffrey Nathan