UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CRIMINAL DOCKET FOR CASE #1:19-cr-10063-DJC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| RANDALL CRATER, | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION PRO HAC VICE OF PETER J. LITTLE

Pursuant to Local Rule 83.5.3(b), I Geoffrey G. Nathan, counsel for defendant, and a member of the Bar of this Court, move for the admission to the Bar of this Court, *pro hac vice*, of PETER J. LITTLE, a member of the Bar of the State NEW SOUTH WALES AUSTRALIA. I.D. #782

Dated: SEPT. 30, 2019

/s/Geoffrey G. Nathan
Geoffrey G. Nathan
BBO#552110
132 Boylston Street
5th Floor
Boston, MA 02116
Phone: (617) 472-5775
Email: nathanlaw@earthlink.net
Attorney for Defendant
**RANDALL CRATER**

CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I filed the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF PETER LITTLE**, with the Clerk of Court by using the CMF/ECF system, which will send a notice of electronic filing to the following:

Caitlin R. Cottingham
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
Email: caitlin.cottingham@usdoj.gov

Jordi deLlano, Assisant U.S. Attorney
United States Attorney's Office MA
1 Courthouse Way
Suite 9200
Boston, MA 02210
Email: Jordi.de.llano.campos@usdoj.gov

I also certify that a copy of the above-mentioned document had been served via U.S. Mail on the parties listed below on this 5th day of August, 2019.

No Manual Recipients.

/s/Geoffrey G. Nathan
GEOFFREY G. NATHAN
Attorney for Defendant
**RANDALL CRATER**
E-mail: nathanlaw@earthlink.net