NC1914                      I.D. Number: 782



**NEW SOUTH WALES BAR ASSOCIATION**

Legal Profession Uniform Law (NSW)

# Australian Practising Certificate

The Council of the New South Wales Bar Association certifies that

## Peter John Little

is entitled to engage in legal practice as a barrister in accordance with this certificate and the Legal Profession Uniform Law (NSW), the Uniform Rules, the Legal Profession Uniform Law Application Act 2014 and Regulations thereunder.

**Effective from 1 July 2019 to 30 June 2020**

For the Council

*Greg Tolhurst*

**G J Tolhurst**

Executive Director

Conditions (for text, see reverse side)
**1, 2, 3 & 4**