UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 19-cr-10063 |
| | ) |
| Randall Crater | ) |

ASSENTED-TO MOTION TO CONTINUE PRE-TRIAL CONFERENCE

Counsel for defendant moves to continue the final pre-trial from 11/21/19 to 12/16/19 at 2PM on an assented-to basis.

The defense waives the speedy trial act provisions contained in 18USC 3161 for the time period of this continuance.

THE DEFENDANT

By his Attorney,

/s/ Raymond Chandler ESQ
_____

**Raymond Chandler, ESQ**
**State Bar #1183**
Chandler & Jennings, LLC
Post Office Box 10
Manning, SC 29102
(803)566-7744

Assented-to: De Llano Campos, Jordi (USAMA)

**CERTIFICATE OF SERVICE**

In accordance with Local Rules, I Raymond Chandler, hereby certify that the documents filed through the ECF system will be sent Electronically to the registered participants as identified on the Notice of Electronic Filing on the date of filing 11/15/19

*/s/ Raymond Chandler*
Raymond Chandler, Esq.