UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                   Criminal No. 1:19-CR-10063-DJC

RANDALL CRATER,

      Defendant.

**ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION
PROCEDURES PURSUANT TO 18 U.S.C. § 3771(d)(2)**

Upon consideration of motion by the United States for an order adopting a reasonable procedure for providing notice to crime victims as provided for under the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771 for the above-captioned case, it is hereby **ORDERED** that the Government's motion is **GRANTED**. The government is hereby authorized, for any public court proceeding requiring victim notice under 18 U.S.C. § 3771(a)(2), to provide reasonable notice of the proceeding on the aforementioned web pages.

Dated:

**BY THE COURT:**

_____