| | |
|---|---|
| **From:** | Ray Chandler |
| **To:** | Cottingham, Caitlin (CRM); De Llano Campos, Jordi (USAMA) |
| **Cc:** | nathanlaw@earthlink.net |
| **Subject:** | Motion |
| **Date:** | Thursday, December 12, 2019 7:38:30 AM |

Caitlin and Jordi,   I have reduced my request for adjournment until January 6 th.  I realize that you may not be able to assent, but with the holidays we only missing a week and a half at the most.  It does not unreasonably delay the case.  My very best.

After reviewing the numerous wallets in discovery, we submitted evidence of a working wallet to you.  I am advised that the wallet as those others that I have seen in the discovery including that of ▅▅▅▅▅▅▅ shows that the holders of the wallets possessed the same number of coins in January of 2017 as they had in their possession in 2016 immediately before the fork was implemented. Having demonstrated that to you, please share with us your basis for not dismissing the indictment as we discussed.

Can you provide me with any evidence that Mr Crater intentionally misrepresented that there was gold backing?

Am I correct that numerous individuals were interviewed who stated to the Government agents that they did not believe they were defrauded and in fact showed agents evidence of a working currency at the time they were interviewed?

My best.   Ray Chandler
Sent from my iPad