## **CERTIFICATE OF SERVICE**

    I, Ray Chandler, Esq, attorney for Defendant Randall Crater, do hereby certify that a true and correct copy of the foregoing was duly served on the United States by filing same on the Court's CM/ECF filing system which electronically serves all attorneys and parties of record, this 17th day of December 2019.

                                                                            /s/ Ray Chandler, Esq.