**GEOFFREY G. NATHAN**
ATTORNEY AT LAW
132 BOYLSTON STREET
BOSTON, MASSACHUSETTS 02116-4606

nathanlaw@earthlink.net
(617) 472-5775
(877) 472-5775
(928) 395-7789 (efax)
(617) 479-0917 (fax)

1/15/2019

To: Hon. Justice of the United States District Court

RE: USA vs. Randall Crater 1:19CR10063

This shall serve to provide the court with NOTICE that in this matter I am serving as local counsel only, sponsoring Pro Hoc Vice attorney Ray Chandler.

Attorney Ray Chandler will be present in court (or will appear telephonically).

Attorney Geoffrey G. Nathan will not be present at future court appearances in this matter, as these will be attended to by Attorney Ray Chandler.

Sincerely,

/s/ Geoffrey G. Nathan

Cc: client
     Ray Chandler, ESQ.
     United States Attorney Office/Boston