IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    v.                                      CASE # 1:19-cr-10063-DJC

RANDALL CRATER,

    Defendant.
_____/

## MOTION FOR ADJOURNMENT OF PRE-TRIAL CONFERENCE

COMES NOW the Defendant through his attorney, Ray E. Chandler, Esquire, who would move the Court for an adjournment of the Pre-Trial Hearing scheduled for March 4, 2020 at 2:00 p.m.

Counsel would show the Court that he was out of his office due to influenza and a related respiratory infection from January 17th through the week of February 3rd. Defendant's counsel returned to work on February 10, 2020.

Counsel has approached the Government requesting its assent to an adjournment until his first available date following March 4th which is March 13, 2020. The Government has assented to that date. Counsel would respectfully request that the Court grant an adjournment until March 13th or its first available date thereafter.

The Defendant, through counsel, agrees and would show that any extension of time granted by the Court should be excluded from the speedy trial requirement.

                                                        Respectfully submitted,

February 25, 2020

                                                        /s/ Ray Chandler
                                                        SC Bar #1183
                                                        U.S. District Bar #93
                                                        Attorney for Defendant Randall Crater
                                                        8 South Brooks Street, P.O. Box 10
                                                        Manning, SC 29102
                                                        (803)566-7744

## **CERTIFICATE OF SERVICE**

      I, Ray Chandler, Esquire, attorney for Defendant, Randall Crater, do hereby certify that a true and correct copy of the foregoing was duly served on the United States by filing same on the Court's CM/ECF filing system which electronically serves all attorneys and parties of record, this 25th day of February 2020.

                                                            /s/ Ray Chandler, Esq.