

# CHANDLER & JENNINGS, LLC

### Attorneys At Law

RAY E. CHANDLER
BLAIR C. JENNINGS
LAUREN L. FELDER*
\* Also licensed in North Carolina

8 SOUTH BROOKS STREET
POST OFFICE BOX 10
MANNING, SC 29102
TELEPHONE: (803) 566-7744
FAX: (803) 433-0158

CHARLESTON OFFICE
1060 East Montague Ave., Ste. 301
North Charleston, SC 29405
(843) 745-4542

**REPLY TO MANNING
OFFICE**

March 11, 2020

The Honorable Denise J. Casper
United States District Court
1 Courthouse Way
Boston, Massachusetts 02210

> Re:    USA v. Randall Crater
>          1:19-cr-10063-DJC
>          Motion Letter

Dear Judge Casper:

After consulting with the Government regarding our first pre-trial hearing on Friday, March 13th at 2:45 p.m. in Boston, I respectfully request that I be able to attend this hearing via telephone. I will be fully prepared to move forward at that time.

I trust that this request will meet with your approval.

My best regards,

Ray E. Chandler

REC/cnt