IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.  CASE # 1:19-cr-10063-DJC

RANDALL CRATER,

Defendant.

_____

### EMERGENCY COVID-19 MOTION FOR WITHDRAWAL OF COUNSEL DUE TO INABILITY TO CONTINUE THE ATTORNEY-CLIENT RELATIONSHIP AND MOTION FOR STATUS CONFERENCE

**COMES NOW** the Defendant, by and through his attorney, Ray E. Chandler of the firm of Chandler & Jennings, LLC, who would move this Honorable Court to allow undersigned counsel to remove himself from the representation of the Defendant due to inability to continue the attorney-client relationship. Counsel would show that circumstances due to the COVID-19 pandemic has led to this necessity.

Counsel further requests a status conference via zoom for both counsel and his client.

Respectfully submitted,

July 10, 2020

/s/ Ray Chandler
SC Bar #1183
U.S. District Bar #93
Attorney for Defendant Randall Crater
8 South Brooks Street, P.O. Box 10
Manning, SC 29102
(803)566-7744

## **CERTIFICATE OF SERVICE**

I, Ray Chandler, Esquire, attorney for Defendant, Randall Crater, do hereby certify that a true and correct copy of the foregoing was duly served on the United States by filing same on the Court's CM/ECF filing system which electronically serves all attorneys and parties of record, this 10th day of July 2020.

/s/ Ray Chandler, Esq.