CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. RANDALL CRATER

FOR
AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge

District Court

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes ☐ No ☑ Self-Employed
Name and address of employer: _____

IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____

If married, is your spouse employed? ☐ Yes ☑ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

RECEIVED: $7,500.00
SOURCES: Building or repairing video game machines

IF YES, give the amount received and identify the sources

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No   IF YES, total amount? $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, give value and description for each

VALUE / DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☐ Single
☑ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
Erica Crater - Wife
Grey Crater - Son
Gabrielle Crater - Daughter
Grant Crater - Son

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

DESCRIPTION: SEE ATTACHMENT
TOTAL DEBT / MONTHLY PAYMENT

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 7/10/2020

## ESTIMATED MONTHLY EXPENSES

| | |
|---|---|
| Food/Household Supplies | $ 900.00 |
| Utilities | $ 375.00 |
| Basic Cable | $ 215.00 |
| Gas & Car Expense | $ 300.00 |
| Children's Home Schooling | $ 400.00 |
| Miscellaneous | $ 600.00 |
| **TOTAL ESTIMATED MONTHLY EXPENSES** | **$2,790.00** |