UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 19-cr-10063 |
| | ) |
| Randall Crater | ) |

Notice of Attorney Intention to Withdraw

Attorney Geoffrey G. Nathan moves to withdraw as both Attorney for defendant Randal Crater and pro hoc vice attorney for Attorney Ray Chandler in the event that Attorney Ray Chandler Motion to Withdraw is allowed.

THE DEFENDANT

By his Attorney,

/s/ Geoffrey G. Nathan ESQ

Geoffrey G. Nathan, ESQ
State Bar #552110
132 Boylston ST
Boston MA 02116
617-472-5775

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~mail~~ ECF hand on 7/13/20

/s/ Geoffrey Nathan