AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Randall Crater | ) Case No. 19CR10063-DJC |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**SEALED**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Randall Crater ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud - 18 U.S.C. § 1343

Unlawful Monetary Transactions - 18- U.S.C. § 1957

Date: 02/26/2019

_David H. Hennessy_
Issuing officer's signature

City and state:    Boston, Massachusetts

David H. Hennessy, USMJ
Printed name and title

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2019 FEB 26 P 3:06

FILED IN CLERKS OFFICE 2020 OCT PM 1:47 U.S. DISTRICT COURT DISTRICT OF MASS.

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    WARRANT EXECUTED BY USPS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/27/19

Arresting officer's signature

Printed name and title