UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No.: 19-10063-DJC |
| ) | |
| RANDALL CRATER,      ) | |
| ) | |
| Defendant.      ) | |

ORDER OF EXCLUDABLE DELAY

DENISE J. CASPER, District Judge

Upon consideration of the Government's assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from March 13, 2020, through and including the further status conference on December 14, 2020, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," specifically, time for the defendant to review discovery, file pretrial motions, and prepare for trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. This Court previously excluded time under the Speedy Trial Act to October 13, 2020. On October 13, 2020, the defendant assented to this Court's entry of an Order excluding time under the Speedy Trial Act to and including December 14, 2020.

3. The ends of justice served by excluding this time period outweigh the public and defendants' interest in a speedy trial.

2

Accordingly, the Court grants the assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from March 13, 2020, through and including December 14, 2020, is excluded from the speedy trial clock.

                                                               _____
HON. DENISE J. CASPER
UNITED STATES DISTRICT JUDGE