UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  MAG. JUDGE NO. _____

V.  CRIMINAL NO. 19-10063-DJC

RANDALL CRATER

ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay for the time periods and for the reasons checked below.

12/28/20
Date

/s/ Denise J. Casper
U.S. District Judge [✓]
U.S. Magistrate Judge [ ]

REFER TO DOCUMENT(S) # 95

| | Code | Dates | Description | Statute |
|---|---|---|---|---|
| [ ] | XA | | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XC | | Trial on other charges against defendant | 18 U.S.C.§3161(h)(1)(B) |
| [ ] | XD | | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(C) |
| [ ] | XE | | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(D) |
| [ ] | XF | | Transfer (Rule 20) or Removal (Rule 40) proceedings | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XG | | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(H) |
| [ ] | XH | | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XI | | Prosecution deferred | 18 U.S.C.§3161(h)(2) |
| [ ] | XJ | | Transportation from other district | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XK | | Consideration of proposed plea agreement | 18 U.S.C.§3161(h)(1)(G) |
| [ ] | XM | | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [ ] | XP | | Superseding indictment and/or new charges | 18 U.S.C.§3161(h)(5) |
| [ ] | XR | | Defendant joined with co-defendant for whom time has not run | 18 U.S.C.§3161(h)(6) |
| [ ] | XU | | Time from first arraignment to withdrawal of guilty plea | 18 U.S.C.§3161(i) |
| [ ] | XW | | Grand Jury indictment time extended | 18 U.S.C.§3161(b) |
| [✓] | XT | 12/14/20 - 9/13/21 | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(7)(A) |

For reasons stated in the Assented-To Motion to Exclude Time, D. 95, the Court finds that the ends of justice served by this continuance outweigh the best interest of the defendant and the public in a speedy trial.

(Xdelay-all.wpd - 5/4/2010)