AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-10063 |
| Randall Carter | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                                                     .

Date:     06/22/2021

*Siji Moore*
*Attorney's signature*

Babasijibomi Moore
*Printed name and bar number*

DOJ Fraud
1400 New York Avenue, NW.
Washington D.C. 20005

*Address*

babasijibomi.moore2@usdoj.gov
*E-mail address*

(202) 834-2793
*Telephone number*

*FAX number*

[Print]    [Save As...]                                                                    [Reset]