IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| v. | *  NO. 1:19-cr-10063-DJC |
| | * |
| **RANDALL CRATER,** | * |
| | * |
| **Defendant** | * |
| | * |
| | ******* |

## MOTION TO STRIKE ATTORNEY APPEARANCE

Please strike the appearance of the undersigned attorney, Caitlin R. Cottingham, as counsel of record for the government in the above-captioned case. Counsel has taken a position as an Assistant United States Attorney in the District of Maryland and no longer represents the Fraud Section in connection with this matter.

Respectfully submitted,

/s/ Caitlin R. Cottingham
Caitlin Cottingham
Assistant United States Attorney

**ORDERED** as prayed, this ____ day of _____, 2021.

_____
Honorable Denise J. Casper
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court and delivered to counsel of record using CM/ECF on July 2, 2021.

/s/ Caitlin R. Cottingham
Caitlin R. Cottingham
