UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>RANDALL CRATER,        )<br>)<br>Defendant.         ) | Criminal No.: 19-10063-DJC |

[PROPOSED] ORDER ON EXCLUDABLE DELAY

DENISE J. CASPER, District Judge

Upon consideration of the Government's assented-to motion seeking an order of excludable delay, the Court finds:

With the agreement of the parties, it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A), the Clerk of this Court enter excludable time for the period from September 13, 2021, up to and including February 28, 2022, so that the new government attorneys assigned to the case may review the evidence in the case, and that the parties may prepare for trial and/or negotiate resolution of the case. The Court finds that the ends of justice served by excluding this time period outweigh the public and defendants' interest in a speedy trial.

_____
The Honorable Denise J. Casper
U.S. District Court Judge