UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDALL CRATER,<br><br>Defendant | CRIMINAL No. 19-CR-10063-DJC |

NOTICE OF APPEARANCE

Christopher J. Markham, Assistant United States Attorney for the District of Massachusetts, hereby files a Notice of Appearance in the above-captioned case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ Christopher J. Markham
      Christopher J. Markham
      Assistant United States Attorney
      One Courthouse Way, Boston, MA 02210
      (617) 748-3236
      christopher.markham2@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Christopher J. Markham
Christopher J. Markham
Assistant United States Attorney

Date: December 2, 2021