UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        Criminal No. 1:19-CR-10063-DJC

RANDALL CRATER,

      Defendant.

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO COMPEL DISCOVERY**

The United States of America, by and through the undersigned attorneys, hereby responds to Defendant's motion to compel discovery (Dckt 101).

On May 28, 2021, defendant filed a motion asking the court to compel the government to produce certain discovery. On August 20, 2021, the Court issued an order continuing the trial date from September 13, 2021 to February 28, 2022. On November 7, 2021, the undersigned sent a letter to the defendant requesting clarification on the nature of Defendant's discovery request. On November 9, 2021, the defendant responded with a letter further detailing the discovery request. On November 23, 2021, the government produced to the defendant additional discovery along with the attached letter responding to defendant's discovery request. The United States believes the production makes the defendant's pending motion moot. The United States understands its continuing obligation to produce discovery and its obligations under the Courts scheduling orders.

Date: December 2, 2021

Respectfully submitted,

Joseph Beemsterboer
Chief
Criminal Division, Fraud Section
United States Department of Justice

By: */s/ Siji Moore*
SIJI MOORE
Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice

CHRISTOPHER MARKHAM
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Siji Moore, certify that on December 2, 2021, the foregoing was served on all attorneys of record in the above captioned case, via the CM/ECF electronic filing system.

By: /s/ Siji Moore
Siji Moore
Trial Attorney