≋JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI/USPIS |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. X | Case No. 19-cr-10063-DJC |
| | Same Defendant X | New Defendant |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number | 18-mj-6344; 19-mj-2059 |
| | R 20/R 40 from District of | |

**Defendant Information:**

| | | | |
|---|---|---|---|
| Defendant Name | Randall Crater | Juvenile: | ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes ☑ No |
| Alias Name | | | |
| Address | (City & State) East Hampton, New York | | |

Birth date (Yr only): 1970    SSN (last4#): 7351    Sex M    Race: White    Nationality: Unknown

**Defense Counsel if known:** Scott Lopez    Address: Lawson & Weitzen

**Bar Number**    88 Black Falcon Avenue
Boston, MA 02210

**U.S. Attorney Information:**

**AUSA** Christopher J. Markham    **Bar Number if applicable** 685591

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** 02/27/2019

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Page M. Kelley   on 03/20/2019

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony  8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 01/18/2022    Signature of AUSA: CHRISTOPHER MARKHAM  *Digitally signed by CHRISTOPHER MARKHAM Date: 2022.01.18 15:25:00 -05'00'*

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-cr-10063-DJC

**Name of Defendant**     Randall Crater

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | 1-4 |
| Set 2 | 18 USC § 1957 | Unlawful Monetary Transactions | 5-7 |
| Set 3 | 18 USC § 1960 | Unregistered Monetary Exchange | 8 |
| Set 4 | | | - |
| Set 5 | | | - |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     Superseding Indictment to be filed in U.S. v. Crater, 19-cr-10063-DJC. Added Count 8.