UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                           )<br>)<br>RANDALL CRATER,             )<br>)<br>    Defendant               ) | 19-cr-10063-DJC |

DEFENDANT'S ASSENTED-TO MOTION FOR CONTINUANCE
OF TRIAL DATE AND SPEEDY TRIAL CLOCK
_____

I.  Superseding Indictment.

Today, the government filed a Superseding Indictment in this matter charging a new count (Count Eight) under 18 U.S.C. § 1960(b)(1)(B) and alleging that defendant Randall Crater ("Crater") was operating an unlicensed money transmitting business.

II.  Continuance of Trial Date and Extension of Speedy Trial Clock:

In light of this new charge, Crater, by and through undersigned counsel, requests the Court to grant a continuance of the trial date, currently scheduled to commence on February 28, 2022, and a corresponding extension of the Speedy Trial Clock in the interests of justice.

Crater requests a continuance of at least 120 days due to multiple considerations. First, there is substantial uncertainty created by the recent Covid-19 case surge, which hinders the parties' ability to prepare for this case by meeting with witnesses and may also hinder the ability of witnesses to be available for trial. Second, irrespective of the

Covid-19 case surge, the government recognizes the need for the defense to have additional time to prepare for this case in light of the extensive discovery that has taken place, and additionally, in light of the new Count Eight in the Superseding Indictment.

III.     Government's Assent and Request for Status Conference.

Undersigned counsel has conferred with counsel for the government, Assistant U.S. Attorney Christopher J. Markham, regarding this request and the government assents to a continuance of the current trial date. Finally, undersigned counsel respectfully requests the Court to schedule a status conference to schedule a new trial date at the Court's earliest convenience.

>	Respectfully submitted,
>	For the Defendant,
>	Randall Crater
>	By his attorneys:
>
>	 /s/ Scott P. Lopez
>	Scott P. Lopez, BBO # 549556
>	splopez@lawson-weitzen.com
>	LAWSON & WEITZEN, LLP
>	88 Black Falcon Ave, Suite 345
>	Boston, MA 02210
>	617-439-4990 (tel.)
>	617-439-3987 (fax)

Dated: January 18, 2022

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Randall Crater hereby certifies that he conferred with AUSA Christopher J. Markham on January 18, 2022, in a good faith attempt to resolve or narrow the issue raised in this motion and the government assents to this motion.

>	 /s/ Scott P. Lopez
>	Scott P. Lopez

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 18, 2022.

                        /s/ Scott P. Lopez
                        Scott P. Lopez

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                      By:   /s/ Christopher J. Markham
                                                CHRISTOPHER J. MARKHAM
                                                Assistant U.S. Attorney