UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  )   CRIMINAL NO.: 19-10063-DJC |
| v. | ) ) ) |
| RANDALL CRATER, Defendant. | ) ) ) |

**NOTICE OF ATTORNEY WITHDRARAL**

Please withdraw the appearance of undersigned counsel on behalf of Defendant, Randall Crater.

Respectfully submitted,

*/s/ Madison F. Bader*
Madison F. Bader, BBO # 705109
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990 (tel)
(617) 439-3987 (fax)
mbader@lawson-weitzen.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2022.

*/s/ Madison F. Bader*
Madison F. Bader