UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )         19-cr-10063-DJC<br>)<br>RANDALL CRATER,                        )<br>)<br>Defendant                                 ) | |

DEFENDANT RANDALL CRATER'S MOTION *IN LIMINE* FOR DISCLOSURE
OF FED. R. EVID. 608(B) AND FED. R. EVID. 609 INFORMATION, IF ANY
_____

Defendant Randall Crater, by and through undersigned counsel, moves this Honorable Court to order the government to disclose the following information at least seven (7) days before trial:

I.   Federal Rule of Evidence 608(b):

1.   To provide evidence of any "specific instances of conduct" of the defendant as that phrase is used in Fed. R. Evid. 608(b).

    a.   In regard to such notice, the government should identify and describe:

        (1)   the dates, times, places and persons involved in "specific acts of conduct";

        (2)   the statements of each participant in any "specific act of conduct"; and

        (3)   the documents which contain or evidence any "specific acts of conduct", including when the documents were prepared,

who prepared the documents and who has possession of the documents.

II.     Federal Rule of Evidence 609:

1.     To state whether or not the government intends to offer any evidence of any prior criminal conviction of the defendant Randall Crater should he testify, pursuant to Fed. R. Evid. 609, and, if so, to state the particulars of the conviction if any.

### REQUEST FOR ORAL ARGUMENT

Defendant believes that oral argument will assist the Court and requests a hearing on this motion pursuant to Local Rule 7.1 (D).

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:

  /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)
617-439-3987 (fax)

Dated: June 9, 2022

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned counsel for Randall Crater hereby certifies that he attempted to confer with AUSA Christopher J. Markham on June 9, 2022, by telephone, in a good faith attempt to resolve or narrow the issue raised in this motion.

    /s/ Scott P. Lopez
Scott P. Lopez

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2022.

    /s/ Scott P. Lopez
Scott P. Lopez