IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 19-cr-10063-DJC |
| ) | |
| RANDALL CRATER, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of potential witnesses for the trial scheduled on July 11, 2022. The government reserves the right to supplement this list with reasonable notice to the defendant, and to call additional rebuttal witnesses not identified here.[1]

| Name | Entity/Location |
|---|---|
| Abadi, Gavin | Atlanta, Georgia |
| Barto, Carter | Makawao, Hawaii |
| Bell, Peter | Monkton, Maryland |
| Benge, Kimberly | Ronda, North Carolina |
| Brekenfeld, Kathleen | Federal Bureau of Investigation |
| Byrd, Jay | Addison Township, Michigan |
| Clegg, Pamela | CipherTrace |
| Desa, David | U.S. Postal Inspection Service |
| Gorby, Marcus | Myrtle Beach, South Carolina |
| Guidoboni, Joseph | Internal Revenue Service |

---

[1] In particular, the government reserves the right to call Keeper of the Records witnesses to the extent necessary absent stipulations.

| | |
|---|---|
| Daniels, David | Orlando, Florida |
| Douglas, James | U.S. Postal Service |
| Goodfellow, Jenna | Purchase, New York (Mastercard) |
| Harrington, Timothy | Newfoundland, New Jersey |
| Jones, Amanda | Nichols Hills, Oklahoma |
| Kostka, Jan | U.S. Postal Service |
| Kruger, Michael | Glendale, Arizona |
| Libby, Bonnie | Wells Fargo |
| Lummis, Michael | Las Vegas, Nevada |
| Lynch, John | Boston, Massachusetts |
| Mendiola, Norman | Blythe, California |
| Mittler, Harrysen | San Clemente, California |
| Olivo, Salvatore | South Hampton, New York |
| Ross, Randall | Varysburg, New York |
| Stewart, Roxanne | Purchase, New York (Mastercard) |
| Vlahakis, Theodore | U.S. Treasury (FinCEN) |
| Yanochko, Karyn | United States Attorney's Office, District of Massachusetts |
| Summary Witness | United States Attorney's Office, District of Massachusetts |

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
Assistant United States Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
Christopher J. Markham
Assistant United States Attorney

3