IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

# GOVERNMENT'S EXHIBIT LIST

The government respectfully submits the following list of exhibits for the trial scheduled on July 11, 2022. The government reserves the right to supplement this list with reasonable notice to the defendant, and to add additional exhibits in the government's rebuttal case.

| Exhibit Number | Description |
|---|---|
| 1 | Randall Crater LinkedIn Profile Records |
| 2 | Wells Fargo Records |
| 3 | Bank of America Records |
| 4 | BB&T Records |
| 5 | CapitalOne Records |
| 6 | Internal Revenue Service Records |
| 7 | Financial Crimes Enforcement Network Records |
| 8 | MyBigCoin Website Pages (Internet Archive) |
| 9 | Email Records for Greyshore Account |
| 10 | MyBigCoin Facebook Pages |
| 11 | MyBigCoin Twitter Pages |
| 12 | MyBigCoin YouTube Video |

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Christopher J. Markham*
CHRISTOPHER J. MARKHAM
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher J. Markham*
Christopher J. Markham
Assistant United States Attorney