UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S MOTION FOR SUPPLEMENTAL JUROR QUESTIONNAIRE

Defendant Randall Crater, by and through undersigned counsel, and respectfully moves this Honorable Court, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, for a supplemental juror questionnaire in the form attached hereto as Exhibit "A". Specifically, the attached supplemental juror questionnaire will assist the Court and the parties in assessing potential jurors' indifference by permitting them to answer said questions in private and not in a public setting. Alternatively, defendant, by and through undersigned counsel, respectfully requests that this Court include these questions in its examination of prospective jurors conducted pursuant to Rule 24(a).

WHEREFORE, the Court should exercise its discretion and permit potential jurors to answer the attached supplemental questionnaire or answer these questions during the *voir dire* process. Mr. Crater reserves the right to supplement these proposed questions prior to trial.

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:


  /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)
Dated: June 16, 2022         617-439-3987 (fax)


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2022.


  /s/  Scott P. Lopez
Scott P. Lopez