## EXHIBIT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES v. RANDALL CRATER
19-CR-10063-DJC

CONFIDENTIAL JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

The information given in this questionnaire will be used only by the court and the parties to select a qualified jury. Once the jury is selected, all copies of this document will be returned to the court and maintained under seal, not accessible to the public or to the media. The attorneys are under orders to maintain the confidentiality of all information contained in the questionnaires.

Please answer the questions as completely and accurately as you can. Your complete answers will save a great deal of time for everyone.  There are no right or wrong answers to the questions. Please keep in mind the following:

Do not consult with or talk to any other person in filling out the questionnaire.

A.    If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. Do not ask court personnel for clarification.

B.    If you cannot answer a question because you do not know the answer, write "Do not know" in the space after the question.

C.    If you would prefer not to answer a question because of the private nature of your response, write "Private" after the question.  At a later date, the Court may inquire about the topic privately.

D.    Please do not write on the back of any page. Use the blank space on Page 6 of the questionnaire (front side only), where there is insufficient room on the form for your answer. When using the blank space on Page 6, please include the number of the question you are answering. If there is insufficient space even on the front of Page 6 to provide a complete answer, write as much as you can, then indicate "Need More Space" and stop. You may be given an opportunity to amplify later.

E.      Please (<u>please</u>) print or write legibly.

F.      You may not discuss any of the questions or your answers with anyone else, including members of your immediate family and other potential jurors. If anyone approaches you and attempts to learn about any aspect of this questionnaire, you may not answer their questions. If anyone persists in questioning you, inform the court.

G.      After you leave today, do not discuss anything about this case with anyone, and do not read, listen to, or watch anything relating to this case. Until you are excused as a potential juror, or until the trial is over if you are selected as a juror, you are not to discuss this case, or allow yourself to be exposed to any discussion of this case in any format.

At the end of the questionnaire under the "Certification", please sign it, affirming the truth of your answers and the fact that you have given them without assistance.

Thank you for giving your time to support this essential component of our democracy.

1.   Name:_____   Juror Number:_____

2.   Age:
     Date of Birth:_____   Gender:_____

3.   Address: _____
                    (City)                         (State)                    (Zip Code)

4.   How long have you lived at your present address?
     _____
     If less than 10 years, where did you live before and for how long?
     _____

5.   What is the highest level of education you completed? _____

6.   Are you presently a student?  Yes _____ No _____  If yes, please describe:_____
     _____

7.   If you are employed, what is your occupation? _____
     Name of your employer, length of employment, and job title:
     _____
     If you held your current job for less than 5 years, please name your prior
     employer, length of employment, and job title:_____
     _____

8.   Have you ever had supervisory responsibility on your job? Yes _____ No _____
     If yes, please describe:_____

9.   If you are not currently employed, please describe your employment status
     (e.g., homemaker, retired, looking for work, student, etc.): _____
     _____
     If applicable, what was your prior occupation, employer, length of employment,
     and job title: _____
     _____

10.  Are you: Married ____ Single ____ Separated ____ Divorced ___ Widowed ____

11.  If you have a spouse or significant other, what is his/her name, occupation,
     employer, length of employment, and job title:
     _____

3

12.    If you reside with another person, what is his/her name, occupation, employer, length of employment, and job title:_____

_____

13.    Have you had prior jury trial service? Yes _____ No _____
If yes, was it: Civil_____ Criminal _____ Grand Jury_____
Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case? _____

14.    Do you have any physical challenges and/or are you taking any medications that might interfere with your ability to concentrate? Yes _____No_____ If yes, please explain: _____

15.    Do you have a history of problems dealing with stress or pressure?
Yes _____ No _____ If yes, please explain: _____

_____

16.    Do you have any difficulty speaking or understanding the English language?
Yes _____ No _____   If yes, please explain: _____

17.    Do you have any personal/business affairs that would make it difficult for you to serve as a juror in this case? Yes _____ No _____ If yes, please explain:_____

_____

18.    Do you have accounts on any of the following social media
(*check all that apply*)

Facebook____ YouTube____ Twitter____ Google+____ LinkedIn____
MySpace____ Instagram____ Other: (specify)_____

19.    Have you heard/read/posted anything about this case from any news or social media or from friends, family, or other source? Yes _____ No _____
If yes, please describe: _____

20.    Have you heard/read anything about the My Big Coin, Inc., My Big Coin Pay, Inc., or Randall Crater?     Yes ___ No ___

21.    Notwithstanding anything you may have heard or read about this case, can you decide this case based solely on the evidence presented in court?
Yes ____ No ___

4

22.    Have you, a relative, or a close friend ever been employed in law
       enforcement? Yes _____ No _____
       If yes, name agency and position: _____

23.    Have you, a relative, or a close friend ever been employed by the court
       system? Yes _____ No _____ If yes, please identify the position and location:
       _____

24.    Have you, a relative, or a close friend ever worked for the U.S. Attorney's Office
       or a state prosecutor's office? Yes _____ No _____ If yes, please explain:
       _____

25.    Have you, a relative, or a close friend ever worked for a criminal defense
       attorney or public defender? Yes _____ No _____ If yes, please explain:_____
       _____

26.    Do you have any feelings towards law enforcement that would affect your
       ability to be fair and impartial in this case? Yes _____ No _____ If yes, please
       explain:_____
       _____

27.    Have you, a relative, or close friend ever been the victim of or witness to a
       crime? Yes _____ No _____ If yes, please explain: _____
       _____

28.    Have you ever been convicted of a crime other than a traffic violation?
       Yes _____ No _____ If yes, what was the crime:_____

29.    Have you, a family member or close friend ever been arrested for, or charged
       with, an offense other than a traffic violation? Yes _____ No _____
       If yes, please explain:_____

30.    In this case, Randall Crater is represented by Scott Lopez.
       Do you know Mr. Crater or Mr. Lopez? Yes _____ No _____
       If yes, please describe: _____

31.    The prosecutors in this case are AUSA Christopher Markham and DOJ
       Attorney Babasijibomi Moore. Do you know Mr. Markham or Mr. Moore?
       Yes _____ No _____
       If yes, please describe: _____

32.    Are you aware of any prejudice that you may have for or against the
       government or the defendant that would impact your ability to be fair and
       impartial in this case? Yes _____ No _____

33.  Do you have any religious, moral, or philosophical beliefs that would make it difficult for you to sit in judgment on another person in a court of law? Yes _____ No _____

34.  If a witness in this case entered into a cooperation agreement with the government would that fact make it more difficult for you to consider his/her testimony fairly and impartially?   Yes _____ No _____

35.  Testimony in this case will concern some rules and regulations governing virtual currencies.  Do you, any relative, or a close friend own any virtual currency? Yes _____ No _____  If yes, please explain: _____

_____

36.  Do you, any relative, or a close friend own any Bitcoin, Ethereum, Tether, Dogecoin? Yes _____ No _____
If yes, please explain: _____

37.  Do you, any relative, or a close friend own any MyBigCoin? Yes _____ No _____ If yes, please explain: _____

38.  Do you have such strong views about virtual currencies or cryptocurrency laws and their enforcement that would interfere with your ability to determine this case fairly and impartially in accordance with the Court's instructions on the applicable law?   Yes _____ No _____ If yes, please explain: _____

_____

39.  Have you, any relative, or a close friend lost money as a result of purchasing a cryptocurrency?  Yes _____ No _____  If Yes, please explain: _____

_____

_____

40.  Do you have any strong views about the way the criminal justice system is working in the United States? _____

_____

41.  Do you believe the criminal justice system treats defendants too harshly, about right, or too leniently? _____

42.  Do you believe that the law does too much to protect the rights of people charged with crimes and not enough to protect the rights of crime victims? ___

_____

43.     In your personal opinion – which is worse – to let a guilty person go free or to convict an innocent person? _____

44.     Do you believe that if the prosecution goes to the trouble of bringing someone to trial, the person is probably guilty? Yes _____ No _____ If yes, please explain:
_____

45.     Would the fact that Mr. Crater has been indicted give you the impression that he is probably guilty? Yes _____ No _____ If yes, please explain:_____
_____

46.     Would the fact that Mr. Crater has been indicted give you the impression that he must have done something wrong? Yes _____ No _____ If yes, please explain:
_____

47.     How would you feel if Mr. Crater chooses not to testify at trial? _____
_____

48.     If Mr. Crater does not take the stand, would you feel that he is more likely guilty or not guilty? _____ If guilty, please explain: _____
_____

49.     Do you believe that Mr. Crater should have to prove that he is innocent? Yes _____ No _____ If yes, please explain:_____
_____

50.     Do you believe that Mr. Crater has to present some evidence before you could find him not guilty?  Yes _____ No _____ If yes, please explain:_____
_____

51.     If you serve as a juror in this case, would you have any reservations in returning a not guilty verdict if the prosecution fails to prove beyond a reasonable doubt that Mr. Crater committed the crimes charged? Yes _____ No _____ If yes, please explain:_____
_____

52.     Do you believe that, even if you decide that Mr. Crater's guilt was NOT proven beyond a reasonable doubt, you might, for any reason, be reluctant to return a verdict of NOT guilty or feel you did not do your job? Yes _____ No _____ If yes, please explain:_____
_____

53. Do you believe that because a witness testifies for the government, he or she is telling the truth? Yes _____ No _____ If yes, please explain:_____

_____

_____

54. If you served on the jury and your fellow jurors were unable to agree on a verdict – what we call a hung jury – how would you feel about that? _____

_____

55. If you decided from what you heard and saw in court that the prosecution had failed to prove beyond a reasonable doubt that Mr. Crater is guilty, would you be willing to stand by your decision even if other jurors felt otherwise? Yes _____ No _____ If yes, please explain:_____

_____

56. A verdict of guilty or not guilty requires a unanimous decision by all 12 jurors. If you served as a juror in this case, would you be willing to go over the evidence in the case, listen to you fellow jurors' views and work with them toward a unanimous decision in this case?  Yes _____ No _____ If No, please explain:_____

_____

57. Do you give the Court your word that you will presume Mr. Crater innocent? Yes _____ No _____ If No, please explain:_____

_____

58. Do you give the Court your word that you will hold the government to its burden of proof beyond a reasonable doubt?  Yes _____ No _____ If No, please explain:_____

59. Do you give the Court your word that you will not make a decision in this case until you have heard all the evidence and been instructed on the law by the Court?  Yes _____ No _____ If No, please explain:_____

_____

60. Attached as Exhibit A is a list of individuals who are involved in this case. Please review and list below by alphabetical letter (*e.g.*, "A" or "B") any individuals you know and describe your relationship: _____

_____

61. Ultimately you must be prepared to decide this case solely on the basis of the evidence admitted by the judge during the trial and in accordance with the judge's instructions on the applicable law. Are you able to consider this case fairly and impartially on that basis? Yes _____ No _____ If No, please explain:

_____

62.     Is there any other information you feel that the judge or attorneys should know about you, not covered by this questionnaire?   Yes _____ No _____
         If Yes, please explain: _____
         _____
         _____

## ADDITIONAL SPACE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## CERTIFICATION

I hereby certify that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

_____        _____        _____
        (Name)                          (Signature)                     (Date)

EXHIBIT "A"