UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 19-cr-10063-DJC |
| ) | |
| RANDALL CRATER, ) | |
| ) | |
| Defendant ) | |

DEFENDANT RANDALL CRATER PROPOSED JURY INSTRUCTIONS
_____

Defendant, Randall Crater, (hereinafter Mr. Crater), by and through undersigned counsel, submits the following proposed jury instructions. See Exhibit "A" attached hereto. Mr. Crater reserves the right to supplement, modify, or withdraw these requested instructions in light of any additional requests filed by the government, the Court's rulings during trial, and the evidence admitted during the trial of this case.

                                            Respectfully submitted,
                                            For the Defendant,
                                            Randall Crater
                                            By his attorneys:

                                              /s/ Scott P. Lopez
                                            Scott P. Lopez, BBO # 549556
                                            splopez@lawson-weitzen.com
                                            LAWSON & WEITZEN, LLP
                                            88 Black Falcon Ave, Suite 345
                                            Boston, MA 02210
                                            617-439-4990 (tel.)
Dated: June 16, 2022                    617-439-3987 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2022.

                          /s/ Scott P. Lopez
                          Scott P. Lopez