UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

### DEFENDANT RANDALL CRATER'S WITNESS LIST

Defendant Randall Crater, by and through undersigned counsel, hereby submits the following list of potential witnesses for the trial scheduled to begin on July 11, 2022. Mr. Crater states, by and through undersigned counsel that, in addition to the witnesses below, he may call any of the witnesses listed on the government's witness list (including any supplemental witness lists) and may also call additional custodians of record not listed below.

Mr. Crater reserves the right to supplement this list with reasonable notice to the government and to call additional rebuttal witnesses not identified below.

| Name | Location |
|---|---|
| Kimble, Spyro | Newport, California |
| Callahan, Tom | Newton, MA |
| Brantley, Larry | Hattiesburg, MS |
| Levin, Michael | Boones Mill, VA |
| Gifford, John | Clawson, MI |
| Johnson, Tom | Adrian, MI |
| Wilson, Gary | White Lake, MI |
| Hess, Ken | Sarasota, FL |

                                        Respectfully submitted,
                                        For the Defendant,
                                        Randall Crater
                                        By his attorneys:

                                        __/s/ Scott P. Lopez_____
                                        Scott P. Lopez, BBO # 549556
                                        splopez@lawson-weitzen.com
                                        LAWSON & WEITZEN, LLP
                                        88 Black Falcon Ave, Suite 345
                                        Boston, MA 02210
                                        617-439-4990 (tel.)
Dated: June 16, 2022                     617-439-3987 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2022.

                                        __/s/  Scott P. Lopez_____
                                        Scott P. Lopez