UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT RANDALL CRATER'S REQUEST FOR AN
EXTENSION OF TIME TO IDENTIFY DEFENSE EXHBITS

Defendant Randall Crater, by and through undersigned counsel, hereby requests additional time to provide a list of potential exhibits that he may introduce at trial in his case-in-chief. In support of this motion, defendant states, by and through undersigned counsel, that no final decisions have been made on which exhibits defendant may offer in its case-in-chief as defendant's private investigator continues to interview potential witnesses in this case. Thus, at this time, defendant cannot produce a final exhibit list. Accordingly, defendant requests an extension of time until the day before the pretrial conference next week to provide the Court with a list of exhibits.

WHEREFORE, defendant respectfully requests an extension of time until June 22, 2022, to provide the Court with an exhibit list.

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:

  /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)

Dated: June 16, 2022            617-439-3987 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 16, 2022.

  /s/ Scott P. Lopez
Scott P. Lopez