# Exhibit A

# NODARI GOGOBERIDZE

Cambridge, Massachusetts 02138

(407) 401-2267 ⋄ gnodar01@gmail.com

## EXPERIENCE

**Broad Institute of Harvard and MIT**                                                      Cambridge, Ma
*Senior Software Engineer*                                                                   Oct 2021 - Present

- Chan Zuckerberg Initiative (CZI) Software Fellow - Maintaining and extending CellProfiler, a widely used open source tool with thousands of citations, for the reproducible processing and analysis of biological images
- Grantee of the National Institutes of Health (NIH) funded Center for Open Bioimage Analysis - Leading the development of Piximi, a new Open-Source deep learning tool for scientific image classification, segmentation and measurement

**CoughCo**                                                                                 Cambridge, Ma
*Machine Learning Engineer*                                                                  Jan 2021 - Mar 2021

- Constructed deep learning models for the detection of COVID-19 from audio signal data
- Collaborated with MIT Auto-ID Lab researchers to improve upon their initial research efforts
- Conducted independent research in the detection of respiratory diseases from bio-marker data
- Initialized and maintained full model design and training pipeline

**Harvard Extension School**                                                                 Cambridge, Ma
*Instructor - Introduction to Blockchain and Bitcoin*                                        Dec 2020 - May 2021

- Emphasized mix of the theoretical underpinnings of distributed systems, general blockchain principles, and development of blockchain systems from first principles
- Concentrated on Bitcoin and Ethereum as engineering case studies, with associated toolchains
- Held discussions on the broader societal implications and impact of blockchain systems

*Graduate Teaching Fellow*
- *Crafting the Thesis Proposal in Software Engineering*                                      Jan 2020 - May 2020
- *Unix Systems Programming*                                                                  Jan 2019 - May 2019

**University of Central Florida - Center for Innovation and Entrepreneurship**               Orlando, Fl
*Strategic Research Analyst and Operations Lead*                                             Dec 2013 - Jul 2017

- Worked closely with regional tech organizations in order to bridge the startup ecosystems between academia and industry
- Led operational activities for a National Science Foundation (NSF) funded program, I-Corps, recruiting and funding 100 teams with innovative ideas and helping them to commercialize their technologies
- Worked one on one with university researchers, engineers and scientists in determining areas of high commercial impact for their research and technologies
- Provided consultative services to over 200 high growth potential technology startups, including university spin-outs and early-stage companies throughout the Central Florida area
- Assisted companies in strategy, review of commercialization plans, and the facilitation of industry contacts
- Worked to identify and procure public and private funds, especially in drafting SBIR/STTR and other grant proposals

**Lakemont Group**                                                                           Orlando, Fl
*Senior Analyst*                                                                             Jun 2014 - Apr 2016

- Conducted data analysis on commercial properties throughout the Central Florida area
- Led research efforts in designing algorithms to automatically identify agents misreporting data in order to provide clients with a more accurate, holistic view of market movements than current solutions
- Developed a web application for data gathering, consolidation and analysis

**Florida Economic Gardening Institute - GrowFL**                                            Orlando, Fl
*Market Researcher and GIS specialist*                                                       Dec 2013 - Jan 2015

- Provided consultation and strategic research services to second stage companies
- Utilized Geographical Information Systems (GIS) Business Analyst tools to conduct demographic and psychographic analysis

· Provided Search Engine Optimization (SEO) services

**The Blackstone Group - Invitation Homes** Orlando, Fl
*Lead Acquisitions Analyst* Nov 2012 - Dec 2013

· Researched properties to determine value, providing in-depth information by collecting and analyzing market data and trends, and forecasting yields on prospective purchases
· Automated processes for identifying and capturing potential investments
· Developed and utilized data visualizations to locate areas with greatest investment potential
· Acted as head analyst for team that closed over three hundred properties and deployed over $35 million in 2013, becoming the number one producing team in the nation for Keller Williams

## EDUCATION

**Harvard Extension School - ALM** Aug 2017 - Dec 2020
*Software Engineering, Dean's List for Academic Achievement*

**Master's Thesis**

· Predictive Maintenance in the Internet of Things: Survival Analysis and Deep Learning on Time Series Data from a Large Scale Wireless Sensor Network
· Nominated for Dean's Prize for Outstanding ALM Thesis

**University of Central Florida - BS** 2012