*U.S. v. Randall Crater*, 19-CR-10063
Joint Uncontested Exhibit List
**(June 30, 2022)**

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 1A | Government | Randall Crater LinkedIn record – profile screenshot | |
| 1B | Government | Randall Crater LinkedIn record – email confirmation | |
| 1C | Government | Randall Crater LinkedIn record – registration | |
| 1D | Government | Randall Crater LinkedIn record – payment receipts | |
| 2A | Government | Wells Fargo signature card | |
| 2B | Government | Wells Fargo bank statements | |
| 2C | Government | Wells Fargo checks (examples) | |
| 3A | Government | Bank of America signature cards | |
| 3B | Government | Bank of America bank statements (Account 6365) | |
| 3C | Government | Bank of America bank statements (Account 6487) | |
| 3D | Government | Bank of America checks (examples) | |
| 4A | Government | BB&T signature card (Account 2534) | |
| 4B | Government | BB&T bank statements (Account 2534) | |
| 4C | Government | BB&T additional records (Account 2534) | |
| 4D | Government | BB&T signature card (Account 7610) | |
| 4E | Government | BB&T bank statements (Account 7610) | |
| 4F | Government | BB&T additional records (Account 7610) | |
| 5A | Government | Capital One signature card (Account 6387) | |
| 5B | Government | Capital One bank statements (Account 6387) | |
| 6 | Government | Randall Crater Twitter screenshot | |
| 7A | Government | 2014-05-17 My Big Coin (Homepage) | |
| 7B | Government | 2014-05-17 My Big Coin (About Page) | |
| 7C | Government | 2015-08-01 My Big Coin (Homepage) | |
| 7D | Government | 2015-08-01 My Big Coin (About Page) | |
| 7E | Government | 2016-04-07 My Big Coin (Homepage) | |

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 7F | Government | 2014-12-26 My Big Coin Exchange (Homepage) | |
| 7G | Government | 2015-07-13 My Big Coin Exchange (Homepage) | |
| 7H | Government | 2016-05-14 My Big Coin Exchange (Homepage) | |
| 8A | Government | 2013.12.30 Email Correspondence | |
| 8B | Government | 2014.2.5 Email Correspondence | |
| 8C | Government | 2014.3.1 Email Correspondence | |
| 8D | Government | 2014.3.14 Email Correspondence | |
| 8E | Government | 2014.3.25 Email Correspondence | |
| 8F | Government | 2014.6.7 Email Correspondence | |
| 8G | Government | 2014.7.21 Email Correspondence | |
| 8H | Government | 2014.8.6 Email Correspondence | |
| 8I | Government | 2014.9.12 Email Correspondence | |
| 8J | Government | 2014.10.20 Email Correspondence | |
| 8K | Government | 2014.10.26 Email Correspondence | |
| 8L | Government | 2015.2.17 Email Correspondence | |
| 8M | Government | 2015.2.18 Email Correspondence | |
| 8N | Government | 2015.3.3 Email Correspondence | |
| 8O | Government | 2015.3.4 Email Correspondence | |
| 8P | Government | 2016.4.13 (1) Email Correspondence | |
| 8Q | Government | 2016.4.13 (2) Email Correspondence | |
| 8R | Government | 2016.7.14 Email Correspondence | |
| 8S | Government | 2016.12.21 Email Correspondence | |
| 8T | Government | 2017.3.24 Email Correspondence | |
| 8U | Government | 2017.4.24 Email Correspondence | |
| 8V | Government | 2017.4.26 Email Correspondence | |
| 8W | Government | 2017.5.5 Email Correspondence | |
| 8X | Government | 2017.11.5 Email Correspondence | |
| 9A | Government | Randall Crater text message 4/25/2017 | |
| 9B | Government | Text message to Randall Crater 4/21/2017 | |

## U.S. v. Randall Crater, 19-CR-10063
## Joint Contested Exhibit List
### (June 30, 2022)

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| A | My Big Coin Facebook page | Defense - hearsay and are not posts by Mr. Crater | Social media by My Big Coin is probative of the existence of the scheme. Crater also knew about this social media and used it to get investors. Crater referenced the My Big Coin social media on his personal social media, and also made similar false claims directly to investors. | |
| B | My Big Coin Twitter page | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| C1 | My Big Coin YouTube page | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| C2 | My Big Coin YouTube video | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| D | Mark Gillespie text message 12/10/2015 | Defense – Gillespie was not a co-conspirator, the text is hearsay, a lay opinion, and has no basis in fact. Not relevant and are prejudicial to the extent they are offered for the truth. | Gillespie was a paid agent of Crater. Text also admissible for effect on listener. And the fact that Crater was making up the price of Coins is highly probative of the scheme. | |
| E1 | Lord & Guy receipt 1 | Defense – Authentication | Witness will authenticate | |
| E2 | Lord & Guy receipt 2 | Defense – Authentication | Witness will authenticate | |
| F1 | Southampton Jewelry Exchange receipt 1 | Defense – Authentication | Witness will authenticate | |
| F2 | Southampton Jewelry Exchange receipt 2 | Defense – Authentication | Witness will authenticate | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| G1 | Lynch - Crater texts set 1 | Defense - Unknown | Unknown | |
| G2 | Lynch - Crater texts set 2 | Defense - Unknown | Unknown | |
| G3 | Lynch - Crater texts set 3 | Defense - Unknown | Unknown | |
| H1 | Facebook - My Big Coin | Defense – Hearsay, not the posts of co-conspirators, and not authorized by Mr. Crater | Same as response to A | |
| H2 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H3 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H4 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H5 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H6 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H7 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H8 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H9 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H10 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H11 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H12 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H13 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H14 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H15 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H16 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H17 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H18 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H19 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H20 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H21 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H22 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H23 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H24 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H25 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| H26 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| H27 | Facebook - My Big Coin | Defense – same as H1 | Same as response to A | |
| I | Financial Summary Exhibit | Defense - Inaccurate and misleading | Exhibit is accurate and not misleading. Objection also goes only to weight and not admissibility. | |
| J | IRS Records (Crater and My Big Coin) | Defense - Object as to My Big Coin | My Big Coin's failure to file tax returns is relevant and admissible | |
| K | FinCEN Records (Crater and My Big Coin) | Defense - Object as wrong name | My Big Coin's failure to register with FinCEN is relevant and admissible | |
| L | Randall Crater Twitter screenshot | Defense - Irrelevant and prejudicial | It is relevant because it shows that the Twitter account belongs to Crater, and not unduly prejudicial | |
| M1 | 2013.12.11 Email Correspondence | Defense - Object if Douglas does not testify | Douglas not testifying is not a basis for exclusion (if hearsay is the issue, not offered for the truth asserted, but instead for effect on listener – goes to Crater's level of knowledge of cryptocurrency and FinCEN registration requirements) | |
| M2 | 2014.1.6 (1) Email Correspondence | Defense - Object if Dreyer does not testify | Dreyer not testifying is not a basis for exclusion (if hearsay is the issue, Crater's statements are not hearsay and Dreyer's questions / comments provide necessary context). | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| M3 | 2014.1.6 (2) Email Correspondence | Defense - Object as irrelevant | Crater emailing the My Big Coin Twitter link to someone who later sent him money is proof of the scheme and Crater's knowledge and use of My Big Coin social media as a tool of the scheme. | |
| M4 | 2014.2.1 Email Correspondence | Defense - Object as hearsay | Not offered for the truth. Instead, offered to show that My Big Coin investments are being reported to Crater. Also, statements of future intention are an exception to hearsay, and statements of an agent are not hearsay. | |
| M5 | 2014.3.5 Email Correspondence | Defense - Object if McGowan doesn't testify | McGowan not testifying is not a basis for exclusion (if hearsay is the issue, Crater's statements are not hearsay and McGowan's questions/comments provide necessary context). | |
| M6 | 2014.4.3 Email Correspondence | Defense - Object if Gorby doesn't testify | Gorby not testifying is not a basis for exclusion (if hearsay is the issue, not offered for the truth – instead email shows Crater's various email accounts and that My Big Coin social media is being reported to Crater. Also, a statement of an agent is admissible for its truth). | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| M7 | 2014.4.4 Email Correspondence | Defense - Object if Kruger doesn't testify | Kruger not testifying is not a basis for exclusion (if hearsay is the issue, not offered for the truth – the transfers to Crater are proven through bank records – instead offered to show that My Big Coin investments are being reported to Crater. Also, a statement of an agent is admissible for its truth). | |
| M8 | 2014.4.11 Email Correspondence | Defense - Object if McGowan doesn't testify | McGowan not testifying is not a basis for exclusion (if hearsay is the issue, these are statement of Crater, and McGowan's questions / comments provide context for Crater's responses. | |
| M9 | 2014.4.23 Email Correspondence | Defense - Object if Gillespie doesn't testify; wrong email account | Evidence will show this is Crater's email account. Gillespie not testifying is not a basis for exclusion (if hearsay is the issue, it's both admissible for non-hearsay purposes, such as to show Gillespie reporting to Crater about My Big Coin, and admissible for its truth as statement of an agent) | |
| M10 | 2014.7.18 Email Correspondence | Defense - Object as incomplete without attachment | Incorrect – there are no attachments to the email | |
| M11 | 2014.8.9 Email Correspondence | Defense - Object as hearsay | Not offered for the truth (the transfers to Crater are | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| | | | proven through bank records); instead offered to show that My Big Coin investments are being reported to Crater. Also, a statement of an agent is admissible for its truth. | |
| M12 | 2014.8.13 Email Correspondence | Defense - Object as incomplete without attachments | Incorrect – there are no attachments to the email | |
| M13 | 2014.8.24 Email Correspondence | Defense - Object as hearsay and wrong email account | Evidence will show this is Crater's email account and not hearsay because not offered for the truth of any assertion (instead offered for effect on listener and to show Crater's operation of the My Big Coin Exchange) | |
| M14 | 2014.9.11 Email Correspondence | Defense - Object as hearsay if Peter Bell doesn't testify | Not offered for the truth (the transfer from Peter Bell to Crater is proven through bank records); instead offered to show that My Big Coin investments are being reported to Crater | |
| M15 | 2014.12.23 Email Correspondence | Defense - Object as hearsay and wrong email account | Evidence will show this is Crater's email account and not hearsay because not offered for the truth of any assertion (instead offered to show Gillespie reporting to Crater about the My Big Coin Exchange and Crater's involvement in the Exchange's operation). | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| | | | Also, a statement of an agent is admissible for its truth. | |
| M16 | 2015.1.27 Email Correspondence | Defense - Object as irrelevant and prejudicial | Goes to Crater's knowledge about gold claims (*e.g.*, inconsistent with his other gold claims and shows he hadn't confirmed the existence of gold) | |
| M17 | 2015.1.28 Email Correspondence | Defense - Object as incomplete without attachments | Incorrect – there are no attachments to the email | |
| M18 | 2015.3.21 Email Correspondence | Defense - Object as irrelevant and prejudicial | Shows Crater's knowledge and involvement in the My Big Coin Exchange and its website, and prejudice (if any) does not outweigh probative value | |
| M19 | 2015.7.31 Email Correspondence | Defense - Object as irrelevant | Shows agency relationship and shows Crater's discussions of My Big Coin investments with Gillespie | |
| M20 | 2016.8.17 Email Correspondence | Defense – Authentication / TBD | Unknown | |
| M21 | 2016.9.9 Email Correspondence | Defense – Authentication / TBD | Unknown | |
| M22 | 2017.6.1 Email Correspondence | Defense - Object attorney client privilege and prejudicial | Crater has never had an attorney-client relationship with John Lynch. Prejudice, if any, does not substantially outweigh probative value. | |