United States of America v. Randall Crater; 19-CR-10063

## DEFENDANT'S CONTESTED EXHIBIT LIST

| Ex. # | Offered By: | Description | Date Admitted |
|---|---|---|---|
| A | Defendant | 12.8.2013 Email Correspondence | |
| B | Defendant | 1.7.2014 Email Correspondence | |
| C | Defendant | 2.3.2014 Email Correspondence | |
| D | Defendant | 3.15.2014 Email Correspondence | |
| E | Defendant | 3.15.2014 Email Correspondence | |
| F | Defendant | 3.15.2014 Email Correspondence | |
| G | Defendant | 3.15.2014 Email Correspondence | |
| H | Defendant | 3.21.2014 Email Correspondence | |
| I | Defendant | 3.24.2014 Email Correspondence | |
| J | Defendant | 11.13.2014 Email Correspondence | |
| K | Defendant | 11.14.2014 Email Correspondence | |
| L | Defendant | 12.4.2014 Email Correspondence | |
| M-1 | Defendant | 1.15.2015 Email Correspondence | |
| M-2 | Defendant | 1.15.2015 Attachments to Email (Native File) | |
| N | Defendant | 1.16.2015 Email Correspondence | |
| O | Defendant | 1.16.2015 Email Correspondence | |
| P | Defendant | 1.26.2015 Email Correspondence | |
| Q | Defendant | 1.29.2015 Email Correspondence | |
| R | Defendant | 2.18.2015 Email Correspondence | |
| S | Defendant | 2.20.2015 Email Correspondence | |
| T | Defendant | 2.20.2015 Email Correspondence | |
| U | Defendant | 2.20.2015 Email Correspondence | |
| V | Defendant | 4.21.2015 Email Correspondence | |
| W | Defendant | 5.13.2015 Email Correspondence | |
| X | Defendant | 7.1.2015 Email Correspondence | |
| Y | Defendant | 8.20.2015 Email Correspondence | |
| Z | Defendant | 8.29.2015 Email Correspondence | |
| AA | Defendant | 9.4.2015 Email Correspondence | |
| BB | Defendant | 9.4.2015 Email Correspondence | |
| CC | Defendant | 10.11.2015 Email Correspondence | |
| DD | Defendant | 10.31.2015 Email Correspondence | |
| EE | Defendant | 8.16.2014 My Big Coin (Homepage) | |
| FF | Defendant | 6.20.2015 My Big Coin (Privacy Policy Page) | |
| GG | Defendant | 6.22.2015 My Big Coin (Member Agreement Page) | |
| HH-1 | Defendant | 5.10.2014 Harmonie International (Homepage) | |
| HH-2 | Defendant | 5.10.2014 Harmonie International (My Big Coin Page) | |

| | | | |
|---|---|---|---|
| HH-3 | Defendant | 5.10.2014 Harmonie International (My Big Coin Video Page) | |
| II | Defendant | 12.8.2014 My Big Coin Exchange (Homepage) | |
| JJ | Defendant | 11.19.2014 My Big Coin Exchange (Privacy Page) | |
| KK | Defendant | 11.19.2014 My Big Coin Exchange (Member Agreement Page) | |
| LL | Defendant | 12.25.2015 My Big Coin Exchange (Client Agreement Page) | |
| MM | Defendant | 5.5.2017 Email Correspondence | |
| NN | Defendant | 5.5.2017 Email Correspondence | |
| OO | Defendant | 9.3.2017 Nova Exchange (Homepage) | |
| PP | Defendant | 9.7.2017 Email Correspondence | |
| QQ | Defendant | 3.22.2017 Waiver of Attorney-Client Privilege | |
| RR | Defendant | 9.26.2017 My Big Coin Exchange (Homepage) | |
| SS | Defendant | 12.16.2021 My Big Coin Exchange (Removed Homepage) | |
| TT | Defendant | 6.27.2022 My Big Coin Pay, Inc. Certified Records from Wyoming Secretary of State | |
| UU | Defendant | 3.24.2022 Adam Tracy LinkedIn Page | |
| VV | Defendant | 3.24.2022 William (Billy) E. Donahue Jr. LinkedIn Page | |
| | | | |
| | | | |