## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **19-cr-10063-DJC** |
| | ) |
| **RANDALL CRATER,** | ) |
| | ) |
| **Defendant** | ) |

## NOTICE OF APPEARANCE

COMES NOW, Inga L. Parsons, appointed CJA counsel for Mark Gillepsie, subpoenaed witness, and hereby gives notice of her appearance in this matter on behalf of Mr. Gillepsie pursuant to the Criminal Justice Act as she was appointed to represent Mr. Gillespie as a potential grand jury witness on May 3, 2019 and Mr. Gillespie has been subpoena for trial in this matter om this date.

Respectfully submitted,

By his attorney,

/s/ *Inga L. Parsons*

_____
Inga L. Parsons (BBO#675211)
3 Bessom Street, No. 234
Marblehead, MA  01945
781-581-2262

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 6th day of July, 2022 upon the all counsel or record by email.

_____/s/_____*Inga L. Parsons*_____
Inga L. Parsons