UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S ASSENTED-TO MOTION FOR
DAILY TRANSCRIPTS OF TRIAL TESTIMONY
_____

Defendant Randall Crater, by and through undersigned counsel, hereby moves this Honorable Court to order that a transcript of each day's trial testimony be provided to him at the government's expense. Defendant states, by and through undersigned counsel, that said daily transcripts are necessary for, *inter alia*, effective cross-examination and final argument purposes. Moreover, allowing this motion is necessary to protect his right to effective assistance counsel and a fair trial.

WHEREFORE, defendant respectfully requests this Honorable Court to allow this motion and enter an Order that defendant be provided with a transcript of each day's trial testimony at the government's expense.

                                        Respectfully submitted,
                                        For the Defendant,
                                        Randall Crater
                                        By his attorneys:

                                          /s/ Scott P. Lopez
                                        Scott P. Lopez, BBO # 549556
                                        splopez@lawson-weitzen.com
                                        LAWSON & WEITZEN, LLP
                                        88 Black Falcon Ave, Suite 345
                                        Boston, MA 02210
                                        617-439-4990 (tel.)
Dated: July 8, 2022                      617-439-3987 (fax)

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

     The undersigned counsel for Randall Crater hereby certifies that he conferred with AUSA Christopher J. Markham on July 8, 2022, in a good faith attempt to resolve or narrow the issue raised in this motion and the government assents to this motion.

                                        /s/ Scott P. Lopez
                                        Scott P. Lopez

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 8, 2022.

                                        /s/ Scott P. Lopez
                                        Scott P. Lopez