UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT RANDALL CRATER'S SECOND AMENDED WITNESS LIST**

Defendant Randall Crater, by and through undersigned counsel, hereby submits the following amended list of potential witnesses for the trial scheduled to begin on July 12, 2022. Mr. Crater states, by and through undersigned counsel that, in addition to the witnesses below, he may call any of the witnesses listed on the government's witness list (including any supplemental witness lists) and may also call additional custodians of record not listed below.

Mr. Crater reserves the right to supplement this list with reasonable notice to the government and to call additional rebuttal witnesses not identified below.

| Name | Location |
|---|---|
| Crater, Randall | Orlando, Florida |
| Callahan, Tom | Newton, MA |
| Brantley, Larry | Hattiesburg, MS |
| Gifford, John | Clawson, MI |
| Johnson, Tom | Adrian, MI |
| Hess, Ken | Sarasota, FL |
| Mahoney, Jason A. | Washington, DC |
| Cirilli, David | Chelsea, MA |
| Gillespie, Mark | Heartland, MI |
| Mahoney, Justine | Weymouth, MA |
| Donahue, Jr., William E. | Grosse Pointe Park, MI |

| | |
|---|---|
| Galvin, Richard C. | Centennial, CO |
| Kostka, Jan | Washington, DC |
| Singleton, Michael | Houston, TX |
| Gogoberidze, Nodari | Cambridge, MA |
| Keeper of Records, Metropolitan Commercial Bank | New York, NY |
| Keeper of Records, DCR Marketing, Inc. | Wilmington, DE |
| Keeper of Records, ClearTrust, LLC | Lutz, FL |
| Keeper of Records, Allied Wallet, Inc. | Fort Lauderdale, FL |
| Keeper of Records, FirstView, LLC | Atlanta, GA |
| Keeper of Records, Guadagnoli & Redding, P.C. | New York, NY |
| Keeper of Records, Top Tier Services | Las Vegas, NV |

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:


   /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)
Dated: July 8, 2022                     617-439-3987 (fax)


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 8, 2022.


   /s/  Scott P. Lopez
Scott P. Lopez