*U.S. v. Randall Crater*, 19-CR-10063
Joint Uncontested Exhibit List
**(July 11, 2022)**

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 1A | Government | Randall Crater LinkedIn record – profile screenshot | |
| 1B | Government | Randall Crater LinkedIn record – email confirmation | |
| 1C | Government | Randall Crater LinkedIn record – registration | |
| 1D | Government | Randall Crater LinkedIn record – payment receipts | |
| 2A | Government | Wells Fargo signature card | |
| 2B | Government | Wells Fargo bank statements | |
| 2C | Government | Wells Fargo checks (examples) | |
| 3A | Government | Bank of America signature cards | |
| 3B | Government | Bank of America bank statements (Account 6365) | |
| 3C | Government | Bank of America bank statements (Account 6487) | |
| 3D | Government | Bank of America checks (examples) | |
| 4A | Government | BB&T signature card (Account 2534) | |
| 4B | Government | BB&T bank statements (Account 2534) | |
| 4C | Government | BB&T additional records (Account 2534) | |
| 4D | Government | BB&T signature card (Account 7610) | |
| 4E | Government | BB&T bank statements (Account 7610) | |
| 4F | Government | BB&T additional records (Account 7610) | |
| 5A | Government | Capital One signature card (Account 6387) | |
| 5B | Government | Capital One bank statements (Account 6387) | |
| 6 | Government | Randall Crater Twitter - screenshot | |
| 7A | Government | 2014.5.17 My Big Coin (Website Homepage) | |
| 7B | Government | 2014.5.17 My Big Coin (Website About Page) | |
| 7C | Government | 2015.8.1 My Big Coin (Website Homepage) | |
| 7D | Government | 2015.8.1 My Big Coin (Website About Page) | |
| 7E | Government | 2016.4.7 My Big Coin (Website Homepage) | |

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 7F | Government | 2014.12.26 My Big Coin Exchange (Website Homepage) | |
| 7G | Government | 2015.7.13 My Big Coin Exchange (Website Homepage) | |
| 7H | Government | 2016.5.14 My Big Coin Exchange (Website Homepage) | |
| 8 | Government | 2017.9.3 Nova Exchange (Website) | |
| 9 | Government | Articles of Incorporation | |
| 10A | Government | 2013.12.7 Email Correspondence | |
| 10B | Government | 2013.12.11 Email Correspondence | |
| 10C | Government | 2013.12.30 Email Correspondence | |
| 11A | Government | 2014.1.6 (1) Email Correspondence | |
| 11B | Government | 2014.1.6 (2) Email Correspondence | |
| 11C | Government | 2014.1.7 Email Correspondence | |
| 11D | Government | 2014.2.1 Email Correspondence | |
| 11E | Government | 2014.2.3 Email Correspondence | |
| 11F | Government | 2014.2.5 Email Correspondence | |
| 11G | Government | 2014.3.1 Email Correspondence | |
| 11H | Government | 2014.3.5 Email Correspondence | |
| 11I | Government | 2014.3.14 Email Correspondence | |
| 11J | Government | 2014.3.15 (1) Email Correspondence | |
| 11K | Government | 2014.3.15 (2) Email Correspondence | |
| 11L | Government | 2014.3.15 (3) Email Correspondence | |
| 11M | Government | 2014.3.15 (4) Email Correspondence | |
| 11N | Government | 2014.3.21 Email Correspondence | |
| 11O | Government | 2014.3.24 Email Correspondence | |
| 11P | Government | 2014.3.25 Email Correspondence | |
| 11Q | Government | 2014.4.3 Email Correspondence | |
| 11R | Government | 2014.4.4 (1) Email Correspondence | |
| 11S | Government | 2014.4.4 (2) Email Correspondence | |
| 11T | Government | 2014.4.11 Email Correspondence | |
| 11U | Government | 2014.4.23 Email Correspondence | |
| 11V | Government | 2014.6.7 Email Correspondence | |

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 11W | Government | 2014.7.18 Email Correspondence | |
| 11X | Government | 2014.7.21 Email Correspondence | |
| 11Y | Government | 2014.8.6 Email Correspondence | |
| 11Z | Government | 2014.8.9 Email Correspondence | |
| 11AA | Government | 2014.8.13 Email Correspondence | |
| 11BB | Government | 2014.8.24 Email Correspondence | |
| 11CC | Government | 2014.9.11 Email Correspondence | |
| 11DD | Government | 2014.9.12 Email Correspondence | |
| 11EE | Government | 2014.10.20 Email Correspondence | |
| 11FF | Government | 2014.10.26 Email Correspondence | |
| 11GG | Government | 2014.11.13 Email Correspondence | |
| 11HH | Government | 2014.11.14 Email Correspondence | |
| 11II | Government | 2014.12.4 Email Correspondence | |
| 11JJ | Government | 2014.12.23 Email Correspondence | |
| 12A | Government | 2015.1.15 Email Correspondence | |
| 12B | Government | 2015.1.16 (1) Email Correspondence | |
| 12C | Government | 2015.1.16 (2) Email Correspondence | |
| 12D | Government | 2015.1.26 Email Correspondence | |
| 12E | Government | 2015.1.27 (1) Email Correspondence | |
| 12F | Government | 2015.1.27 (2) Email Correspondence | |
| 12G | Government | 2015.1.28 Email Correspondence | |
| 12H | Government | 2015.1.29 Email Correspondence | |
| 12I | Government | 2015.2.17 Email Correspondence | |
| 12J | Government | 2015.2.18 Email Correspondence | |
| 12K | Government | 2015.2.18 Email Correspondence | |
| 12L | Government | 2015.2.20 (1) Email Correspondence | |
| 12M | Government | 2015.2.20 (2) Email Correspondence | |
| 12N | Government | 2015.2.20 (3) Email Correspondence | |
| 12O | Government | 2015.3.3 Email Correspondence | |
| 12P | Government | 2015.3.4 Email Correspondence | |

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 12Q | Government | 2015.3.21 Email Correspondence | |
| 12R | Government | 2015.5.13 Email Correspondence | |
| 12S | Government | 2015.6.15 Email Correspondence | |
| 12T | Government | 2015.7.1 Email Correspondence | |
| 12U | Government | 2015.7.31 Email Correspondence | |
| 12V | Government | 2015.8.15 Email Correspondence | |
| 12W | Government | 2015.8.20 Email Correspondence | |
| 12X | Government | 2015.8.29 Email Correspondence | |
| 12Y | Government | 2015.9.4 (1) Email Correspondence | |
| 12Z | Government | 2015.9.4 (2) Email Correspondence | |
| 12AA | Government | 2015.10.11 Email Correspondence | |
| 12BB | Government | 2015.10.31 Email Correspondence | |
| 13A | Government | 2016.4.13 (1) Email Correspondence | |
| 13B | Government | 2016.4.13 (2) Email Correspondence | |
| 13C | Government | 2016.7.14 Email Correspondence | |
| 13D | Government | 2016.8.17 Email Correspondence | |
| 13E | Government | 2016.9.9 Email Correspondence | |
| 13F | Government | 2016.12.21 Email Correspondence | |
| 14A | Government | 2017.3.24 Email Correspondence | |
| 14B | Government | 2017.4.24 Email Correspondence | |
| 14C | Government | 2017.4.26 Email Correspondence | |
| 14D | Government | 2017.5.5 (1) Email Correspondence | |
| 14E | Government | 2017.5.5 (2) Email Correspondence | |
| 14F | Government | 2017.6.1 Email Correspondence | |
| 14G | Government | 2017.11.5 Email Correspondence | |
| 15A | Government | 2014.8.16 My Big Coin (Website Homepage) | |
| 15B | Government | 2014.11.19 My Big Coin (Website - Privacy Terms) | |
| 15C | Government | 2014.11.19 My Big Coin Exchange (Website) | |
| 15E | Government | 2015.6.20 My Big Coin (Website - Overview) | |
| 15F | Government | 2015.6.22 My Big Coin (Website - Member Agreement) | |

| Exhibit Number | Proponent | Description of Exhibit | Date Admitted |
|---|---|---|---|
| 15G | Government | 2015.12.25 My Big Coin Exchange (Website) | |
| 15H | Government | 2017.9.26 My Big Coin Exchange (Website) | |
| 15I | Government | 2021.12.16 My Big Coin Exchange (Website) | |

## *U.S. v. Randall Crater*, 19-CR-10063
## Joint Contested Exhibit List
## (July 11, 2022)

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| A | My Big Coin Facebook page | Defense - hearsay and are not posts by Mr. Crater | Hearsay: Falsehoods not offered for their truth Relevance: Social media by My Big Coin is probative of the existence of the scheme. Crater also knew about this social media and used it to get investors.  Crater referenced the My Big Coin social media on his personal social media, and also made similar false claims directly to investors. | |
| B | My Big Coin Twitter page | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| C1 | My Big Coin YouTube screenshot | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| C2 | My Big Coin YouTube video | Defense - hearsay and are not posts by Mr. Crater | Same as response to A | |
| D | Mark Gillespie text message 12/10/2015 | Defense - Gillespie was not a co-conspirator, the text is hearsay, a lay opinion, and has no basis in fact.  Not relevant and are prejudicial to the extent they are offered for the truth. | Under Fed. R. Evid. 801(d)(2)(D), Gillespie was a paid agent of Crater.  Text also admissible for effect on listener.  And the fact that Crater was making up the price of Coins is highly probative of the scheme. | |
| E | Lord & Guy receipt 1 | Defense - Authentication | Witness will authenticate | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| F1 | Southampton Jewelry Exchange receipt 1 | Defense - Authentication | Witness will authenticate | |
| F2 | Southampton Jewelry Exchange receipt 2 | Defense - Authentication | Witness will authenticate | |
| G | Lynch - Crater Texts Messages | Defense - Unknown | Unknown | |
| H1 | Facebook - My Big Coin | Defense - Hearsay, not the posts of co-conspirators, and not authorized by Mr. Crater | Same as response to A | |
| H2 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H3 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H4 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H5 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H6 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| H7 | Facebook - My Big Coin | Defense - same as H1 | Same as response to A | |
| I | Financial Summary Exhibit | Defense - Inaccurate and misleading | Admissible under Fed. R. Evid. 1006.  Exhibit reflects stipulated to bank records; it is accurate and not misleading.  Objection also goes only to weight and not admissibility. | |
| J | IRS Records (Crater and My Big Coin) | Defense - Object as to My Big Coin | My Big Coin's failure to file tax returns is relevant and admissible | |
| K | FinCEN Records (Crater and My Big Coin) | Defense - Object as wrong name | Incorrect – this is the correct name | |
| L | Randall Crater Twitter screenshot | Defense - Irrelevant and prejudicial | It is relevant because it shows that the Twitter account belongs to Crater, and not unduly prejudicial | |
| M1 | Harmonie Website | Gov't - hearsay and relevance | TBD | |
| M2 | Harmonie Website | Gov't - hearsay and relevance | TBD | |
| M3 | Harmonie Website | Gov't - hearsay and relevance | TBD | |
| N | 2017.9.7 Email Correspondence | Gov't - authentication, hearsay, | TBD | |

| Exhibit Number | Description of Exhibit | Objecting Party / Objection | Response | Date Admitted |
|---|---|---|---|---|
| | | and relevance | | |
| O | Privilege Waiver | Gov't - authentication, hearsay, and relevance | TBD | |
| P | LinkedIn - Adam Tracy | Gov't - hearsay and relevance | TBD | |
| Q | LinkedIn - William Donahue | Gov't - hearsay and relevance | TBD | |
| R1 | 2013.12.11 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| R2 | 2013.12.14 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| R3 | 2013.12.18 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| R4 | 2013.12.29 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| R5 | 2013.12.30 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| R6 | 2014.1.4 Crater-Douglas Texts | Defense - objections reserved | TBD | |
| S | Crater-Bell Text Messages | Defense - objections reserved | TBD | |
| T | Bell Ultra Card | Defense - objections reserved | TBD | |
| U | Bell MBC Exchange Screenshot | Defense - objections reserved | TBD | |
| V | My Big Coin Investigation - Summary of Key Findings *Demonstrative Marked for Identification Purposes Only | Defense - objections reserved | TBD | |