# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Criminal No. 19-10063-DJC** |
| ) | |
| **RANDALL CRATER,**  ) | |
| ) | |
| **Defendant**  ) | |

## STIPULATION

Counsel for the United States and counsel for the Defendant have agreed to the following stipulation, which are herein proposed to the Court in a form suitable for presentation to the jury.

**I.      STIPULATION REGARDING AUTHENTICITY OF DIGITAL EVIDENCE**

In lieu of live testimony or other evidence at trial, counsel for the United States and counsel for the defendant have stipulated that:

- Uncontested Exhibit 6 is a true and accurate representation of a posting made on Randall Crater's personal Twitter account.

\*          \*          \*

Counsel for the United States and counsel for the Defendant further stipulate and agree that if necessary, the party offering the exhibit could (i) call at least one witness who would testify as to each of the above-identified facts and/or (ii) provide a certificate of authenticity of domestic records pursuant to Federal Rules of Evidence 902(11) and 902(13).

2

| Counsel for Defendant | Counsel for the Government |
|---|---|
| By:  /s/ Scott Lopez  <br>SCOTT LOPEZ | By:  /s/ Christopher J. Markham  <br>CHRISTOPHER J. MARKHAM<br>Assistant United States Attorney |