**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard C. Galvin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4645 Lake Avenue, Centennial, CO 80121

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin: No. 38
District to Serve: No. B13
Signature of Authorized USMS Deputy or Clerk
Date: 6/29/22

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7-9-22  Time: 0915  ☒ am  ☐ pm

Address (complete only if different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
D/CO  1st Attempt 7-9-22 @ 0920

U.S. MARSHALS SERVICE BOSTON, MA  2022 JUN 24 PM 4:41

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Richard Galvin__
was received by me on *(date)* __7-7-22__

☒ I served the subpoena by delivering a copy to the named person as follows: __Went to the listed address and left subpoena for Mr. Galvin__ on *(date)* __7-9-22__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __36.05__ for travel and $ __190.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7-9-22__

_____
Server's signature

__Paul Otto  DUSM__
Printed name and title

__901 19th St. Denver Co 80294__
Server's address

Additional information regarding attempted service, etc: