**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard C. Galvin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4635 E. Lake Ave. #80121, Centennial, CO 80121

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [ ] PLAINTIFF [X] DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/23/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 35
District to Serve No. B13
Signature of Authorized USMS Deputy or Clerk: CP
Date: 6/29/22

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 7-8-22    Time: 0920 [X] am

REMARKS:
D/CO  Address does not exist

2022 JUL 14 PM 12:09
2022 JUN 24 PM 4:41  U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21

Case No. 19-CR-10063

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Richard Galvin__
was received by me on *(date)* __7-7-22__

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: __listed address does not exist__

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __19.02__ for travel and $ __65.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7-8-22__

_____
Server's signature

__Paul Otto   DUSM__
Printed name and title

__901 19th St., Denver Co 80294__
Server's address

Additional information regarding attempted service, etc: