# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keeper of Records, Allied Wallet, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2400 East Commercial Blvd, Suite 101, Fort Lauderdale, Florida 33308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/28/2022

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin No. 38
District to Serve No. A04
Signature of Authorized USMS Deputy or Clerk: EB
Date: 6/29/22

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 7-5-22   Time: 12:0V

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: STEWARD #3980

Costs shown on attached USMS Cost Sheet >>

REMARKS
S/AL
7.5.22, Attempted Service. Address is not valid Address. No forwarding Address provided. Returned unexecuted.

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Keeper of Records, Allied Wallet In
was received by me on *(date)* 6/30/22.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: See Below Remarks

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-5-22

Server's signature

David Steinmetz DUSM #3980
Printed name and title

United States Marshals Service
299 E. Broward Boulevard
Room 312
Ft. Lauderdale, FL 33301

Server's address

Additional information regarding attempted service, etc:

7-5-22, Attempted Service. Address is not valid Address. No forwarding Address provided. Returned unexecuted.