# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 19-CR-10063-DJC |
| DEFENDANT: Randall Crater | TYPE OF PROCESS: Subpoena to Testify at Criminal Trial |

Stamp: 2022 JUL 14 PM 12: 08

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Gary Wilson
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 600 Bogie Lake Road, White Lake, MI 48383

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: —
District of Origin No. 38
District to Serve No. 39
Signature of Authorized USMS Deputy or Clerk: EP
Date: 6/29/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): GARY WILSON
Date: 7-7-22
Time: 10:12 ☒ am ☐ pm

Address (complete only different than shown above): 8701 M-36, GREEN OAK TWP, MI

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

E/MF

1st END: 11:50AM 7-6-22 (56 miles R/T) - FEMALE ANSWERED WOULD NOT ACCEPT ON BEHALF.

2nd END: 10:12AM - 7-7-22 (22 miles R/T) - SERVED AT EMPLOYMENT. 8701 M-36, GREEN OAK, MI

Stamp: 2022 JUN 24 PM 4:41 U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) GARY Wilson
was received by me on (date) 7-1-22.

☒ I served the subpoena by delivering a copy to the named person as follows: AT EmploymENT 8701 M-36, GREEN OAK TWP, MI
on (date) 7-7-22 ; or
10:12 hrs.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-7-22

_____
Server's signature

Jody Nidiffer  DepuTY U.S. MARShAL
Printed name and title

200 E. LIBERTY, ANN ARbOR, MI 48109
Server's address

Additional information regarding attempted service, etc:

1ST END: NEG. 56 miles R/T 2 hrs.
2ND END: SERVED 22 miles R/T 1.5 hr