| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | 2022 JUL 14 PM 12:08 | COURT CASE NUMBER<br>19-CR-10063-DJC |
|---|---|---|
| DEFENDANT<br>Randall Crater | | TYPE OF PROCESS<br>Subpoena to Testify at Criminal Trial |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Tom Johnson
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1265 Cherry Dr., Adrian, MI 49221

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Scott P. Lopez, Esq.<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: TBD<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 36 | District to Serve No. 39 | Signature of Authorized USMS Deputy or Clerk | Date: 6/29/22 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): TOM Johnson
Date: 7/5/22   Time: 0915 ☒ am ☐ pm

Address (complete only different than shown above): 1265 Cherry Dr, Adrian, MI. 49221

Signature of U.S. Marshal or Deputy: #4975

Costs shown on attached USMS Cost Sheet >>

REMARKS: E/TME

2022 JUN 24 PM 4:41
U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Tom Johnson__
was received by me on *(date)* __7/1/22__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Served personally on Tom Johnson__ _____ on *(date)* __7/5/22 @ 0915__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7/5/22__

_R. Watson_
Server's signature

_R. Watson  S/P_
Printed name and title

231 W. Lafayette Blvd
Detroit, MI 48226
Server's address

Additional information regarding attempted service, etc:

personally served