**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mark Gillespie
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11589 Broadview Street, Heartland, MI 48353

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/23/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 36
District to Serve No. 39
Date: 6/29/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
MARK Gillespie
Date: 7-6-22   Time: 12:24 ☒ pm

Address (complete only different than shown above):
SAME
CITY IS HARTLAND

REMARKS
E/MI
50 miles R/T
2 hrs.

2022 JUN 24 PM 4:41
U.S. MARSHALS SERVICE
BOSTON, MA

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 19-CR-10063

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) MARK Gillespie
was received by me on (date) 7-1-22.

☒ I served the subpoena by delivering a copy to the named person as follows: PERSONALLY SERVED AT 11589 BROADVIEW ST, HARTLAND, MI 48353
on (date) 7-6-22; or 12:24 pm

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-6-22

_____
Server's signature

Jody NIDIFFER, Deputy U.S. Marshal
Printed name and title

200 E. LIBERTY, ANN ARBOR, MI 48109
Server's address

Additional information regarding attempted service, etc:

50 miles R/T
2 hrs.