# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

2022 JUL 14 PM 12: 08

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Spyro Kimble
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1730 Newport Hills Dr W, Newport, CA 92660

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 38 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 6/24/22 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Unable to locate

Date: 7-6-22    Time: 1:30 ☒ pm

Address (complete only if different than shown above)

Signature of U.S Marshal or Deputy: Badge # 3763

Costs shown on attached USMS Cost Sheet >>

**REMARKS:**
Sent to C/CA
Attempted service. No answer at address above. Open-source internet search showed a cell phone number for Kemble of 949-684-8377. I called and left a voicemail. On 7-6-22 at 11:05 pm I received a call back and voicemail from this number. The caller identified himself as Kemble and stated he was out of the country, and had already informed involved parties

2022 JUN 24 PM 4:41
U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: See below

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-6-22

Server's signature

James T. Sangivrevdi, Senior Inspector
Printed name and title

411 W. 4th St. Ste 2150 Santa Ana CA 92701
Server's address

Additional information regarding attempted service, etc:

Attempted service at 1730 Newport Hills Dr. W, Newport Beach, CA. No answer. Open source internet search showed a cell phone number for Kemble of 949-689-8377. I called and left a voicemail. On 7-6-22 at 11:05 pm I received a call back and voicemail from this number. The caller identified himself as Kemble and stated he was out of the country, and had already informed involved parties.