**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 19-CR-10063-DJC |
| DEFENDANT: Randall Crater | TYPE OF PROCESS: Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Ken Hess
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2552 Westmoreland Drive, Sarasota, FL 34243

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. District of Origin No. 38. Date: 6/29/22

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 7 5 22   Time: 4 pm

REMARKS:
M/FL  734-341-6327 = HESS PHONE #
ACCORDING TO NEIGHBOR HESS RESIDES IN MICHIGAN.

2022 JUN 24 PM 4:41  U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21