| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
William Donahue
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
323 E Romana, Pensacola, FL 32502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT

TELEPHONE NUMBER: 617-439-4990
DATE: 7/5/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 7/6/2022   Time: 1229 pm

Address (complete only if different than shown above)

5 Hours   61 Miles Total

REMARKS

7/5/2022 - 1st ATTEMPT 3111 BRITTANY PLACE, PENSACOLA FL (ORIGINAL SUBPOENA) NOT THE CORRECT WILLIAM DONAHUE.

7/5/2022 - SCOTT P. LOPEZ, ESQ. Provided Alternate address + DOB for WILLIAM E. DONAHUE (current Subpoena). Not @ this address - Defunct Law Firm.

7/6/2022 - USMS located 3 new addresses + developed information for Mr. Donahue. Spoke with Grace Donahue, Mr. Donahue's Mother. She stated her son (verified w/ DOB provided by Counsel) was currently in Spain. She requested that I text the information. She stated that, "if he called she will let him know."

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  19-CR-10063

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* WILLIAM E DONAHUE
was received by me on *(date)* 7/6/2022 .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: UNABLE TO LOCATE - OUT OF
Country - Per Mother Grace Donahue .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 35.69 for travel and $ 325.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/6/2022

_____
*Server's signature*

J. LUCHT
*Printed name and title*

IN Palafox St. Pensacola FL 32502
*Server's address*

Additional information regarding attempted service, etc: