| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>19-CR-10063-DJC |
|---|---|
| DEFENDANT<br>Randall Crater | TYPE OF PROCESS<br>Subpoena to Testify at Criminal Trial |

*2022 JUL 14 PM 12:08*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Larry Brantley
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
34 Hickory Knoll, Hattiesburg, MS 39402

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 36 | District to Serve No. 43 | Signature of Authorized USMS Deputy or Clerk | Date 6/24/22 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 7/7/2022  Time: 1738  ☒ pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

*2022 JUN 24 PM 4:40   U.S. MARSHALS SERVICE BOSTON, MA*

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Sent to M/MS
USMS S/MS received process on 6/30/2022.
endeavor made on 7/7/2022 @ 1738
DUSM Reagan spoke to Brantley via Ring doorbell
advised Brantley resides in Slidell, LA throughout week
and would not be in town this weekend to serve.
DUSM Reagan provided Brantley with attorneys contact info
on the subpoena and instructed Brantley to contact attorney

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* **Larry Brantley**
was received by me on *(date)* **6/30/22**.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: **Brantley will be out of town and I am unable to serve.**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ **65.00** for travel and $ **10.00** for services, for a total of $ ~~0.00~~ **75.00 LR**.

I declare under penalty of perjury that this information is true.

Date: **7/7/2022**

Server's signature

**Deputy L. Reagan**
Printed name and title

**701 N. Main St. Hattiesburg, MS 3940**
Server's address

Additional information regarding attempted service, etc:

USMS S/MS-Hattiesburg received process on 6/30/22. Made an endeavor on 7/7/2022 @ 5:38 PM. Spoke with Larry Brantley via Ring doorbell. Brantley informed DUSM Reagan he does not stay at the address on the subpoena throughout the week and would not be in town this weekend (7/9/2022-7/10/2022) for DUSM Reagan to serve him. Brantley stated he resides in Slidell, LA throughout the week. DUSM Reaga provided the attorneys phone number from the subpoena and instructed Brantley to make contact w/ attorney.