# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 19-CR-10063-DJC |
| **DEFENDANT** Randall Crater | **TYPE OF PROCESS** Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Singleton
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2742 Jeanetta Street, Apt. 1237, Houston, TX 77063

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/23/2022

---

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted).
District of Origin No. 38
District to Serve No. ___
Signature of Authorized USMS Deputy or Clerk
Date: 6/29/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7/7/22  Time: 3:24 pm
Signature of U.S. Marshal or Deputy
DUSM Shanna Nelson #30207

REMARKS
S/TX - PS, verified thru TX DL

2022 JUN 24 PM 4:41 U.S. MARSHALS SERVICE BOSTON, MA
2022 JUL 14 PM 12:08

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 19-CR-10063

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Michael Singleton__
was received by me on *(date)* __7/5/2022__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Michael Singleton, 2742 Jeanetta St. #1237 Houston, TX 77063__ on *(date)* __7/7/2022__  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ __11.90__ for travel and $ __65.00__ for services, for a total of $ __76.90__.

I declare under penalty of perjury that this information is true.

Date: __7/7/2022__

__Shanna M. Nelson__
*Server's signature*

__Shanna M. Nelson, DUSM__
*Printed name and title*

__515 Rusk St. Houston, TX 77002__
*Server's address*

Additional information regarding attempted service, etc: