| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>19-CR-10063-DJC |
|---|---|
| DEFENDANT<br>Randall Crater | TYPE OF PROCESS<br>Subpoena to Testify at Criminal Trial |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keeper of Records, TD Bank, N.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1701 Route 70 East, Cherry Hill, NJ 08034

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: TBD
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/29/2022

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
District of Origin No. 38
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: EP
Date: 6/29/22

Name and title of individual served (if not shown above):
Barbara Bidsbey, Sub. Compliance Mgr
Date: 7/8/22
Time: 14:30 ☒ pm

REMARKS
D/NJ

2022 JUN 29 PM 5:02 U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 19-CR-10063

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) Randell Carter
was received by me on (date) 7/8/22.

☑ I served the subpoena by delivering a copy to the named person as follows: Barbara Biderberg, Sub Compliance Mgr
on (date) ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07-08-22

_Server's signature_

DUSM MARIO DIOGUARDI JR.
_Printed name and title_

1701 RT. 70 E, CHERRY HILL, NJ 08034
_Server's address_

Additional information regarding attempted service, etc: