**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keeper of Records, JPMorgan Chase Bank, N.A., Registered Agent: CT Corporation System

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
155 Federal Street, Suite 700, Boston, MA 02110

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT

TELEPHONE NUMBER: 617-439-4990
DATE: 6/28/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.

| Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: EP | Date: 6/29/22 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Sequiera Lavender, Intake specialist

Date: 7/6/22   Time: 1005   ☒ am  ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

1 pUSM + 1hr, 1 mi

FILED IN CLERKS OFFICE 2022 JUL 14 PM 12:07 DISTRICT OF MASS
2022 JUN 29 PM 5:03 U.S. MARSHALS SERVICE BOSTON, MA

Form USM-285
Rev. 03/21

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Keeper of Records, JP Morgan Chase Bank
was received by me on *(date)* 7/5/22.

☑ I served the subpoena by delivering a copy to the named person as follows: Squiera Lavender

on *(date)* 7/5/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/6/22

_____
Server's signature

DUSM Nicholas Green
*Printed name and title*

One Courthouse Way Boston, MA
*Server's address*

Additional information regarding attempted service, etc: