U.S. Department of Justice
United States Marshals Service

FILED IN CLERKS OFFICE

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED 2022 JUL 14 PM 12: 07
U.S. MARSHALS SERVICE
ROANOKE, VA
04:51 pm, 30 Jun 2022

U.S. DISTRICT COURT DISTRICT OF MASS.

| | |
|---|---|
| PLAINTIFF: United States of America | COURT CASE NUMBER: 19-CR-10063-DJC |
| DEFENDANT: Randall Crater | TYPE OF PROCESS: Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Michael Levin
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 660 Paradise Acres Dr., Boones Mill, VA 24065

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Scott P. Lopez, Esq.<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: TBD<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☐ PLAINTIFF<br>☒ DEFENDANT | 617-439-4990 | 6/22/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 084 | [signature] | 6/29/22 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 7/6/22 | 11:15 ☒ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

W/ VA

1 DUSM = 1 Hr/ Roundtrip = $65
30 Miles/ Roundtrip = $18.75
Total = $83.75

2022 JUN 24 PM 4:41
U.S. MARSHALS SERVICE BOSTON, MA

Total = $83.25

50 Miles/Roundtrip = $18.25

DUSM = 1 Mile/Roundtrip = $1.02

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

**PROOF OF SERVICE**

This subpoena for *(name of individual and title, if any)* Michael Levin
was received by me on *(date)* 7/5/22

☑ I served the subpoena by delivering a copy to the named person as follows: Michael Levin

on *(date)* 7/6/22 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ 18.75 for travel and $ 65.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/14/22

*Server's signature*

William S W Litten DUSM

*Printed name and title*

210 Franklin Rd SW Roanoke, VA 24011

*Server's address*

Additional information regarding attempted service, etc: