Richard Galvin
4645 E. Lake Avenue
Centennial, CO 80121
rbutler691@aol.com

July 15, 2022

Honorable Denise J. Casper
United States District Court
1 Courthouse Way
Boston, MA 02210

Via email to haley_currie@mad.uscourts.gov

This is as to the case of the USA v. Randall Crater, No. 1:19-cr-10063-DJC
Motion Letter to quash subpoena

Dear Judge Casper:

    I send this to the Court and ask that the subpoena to me in this case be quashed or modified. It was left on my porch on July 9 when no one was at home and wanted me to be in Boston two days later, which was impossible and unreasonable, and I was not given any money for it then or since and certainly cannot afford such a trip. I am 67 years old and am very afraid of traveling for a long time in a closed in space around many other people. Last year I did get two Covid 19 vaccine shots and the booster. I thought that would stop me from getting it but I was wrong. After I had gotten all three shots I still got Covid shortly after Christmas of 2021. I was sick for about three weeks, and it took me longer to get back to full strength. Now I understand that there is another different kind of Covid spreading very fast between people very easily. Also I hear that the old vaccines do not work against it and by now probably no longer work at all. There is not a vaccine against this new type of Covid and who knows if there ever will be one that works. And, even if you had Covid once that does not mean that you cannot get it again.

    I do not know this Randall Crater at all. I understand that the only possible connection I might have to this case is that I knew William Donahue who is named as a witness. I did know him but I could explain everything I know about him in a half hour or less. It is not reasonable to have me endanger my health with traveling three days, in a tube of people, being in some hotel and then testify for 30 minutes. I can go to some place in the Denver area to testify by zoom but I do not want to get Covid again.

    An investigator for the attorney for Mr. Crater told me on July 13 that he would agree to doing this by zoom and that I would hear from the United States if they were going to agree, but I have not heard anything yet.

    So please quash or modify the subpoena to me.

Sincerely,

*(signature)*

Richard C. Galvin

Cc: Scott P. Lopez, splopez@lawson-weitzen.com
    Christopher J. Markham, christopher.markham2@usdoj.gov