UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RANDALL CRATER,<br><br>Defendant. | Criminal No. 19-cr-10063-DJC |

## JURY VERDICT FORM

*WE, THE JURY, FIND THE DEFENDANT:*

**COUNT ONE:**   (WIRE FRAUD ON OR ABOUT APRIL 8, 2014)

   _____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT TWO:**   (WIRE FRAUD ON OR ABOUT MAY 1, 2014)

   _____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT THREE:**   (WIRE FRAUD ON OR ABOUT AUGUST 13, 2014)

   _____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT FOUR:**   (WIRE FRAUD ON OR ABOUT JANUARY 28, 2015)

   _____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT FIVE:**   (UNLAWFUL MONETARY TRANSACTIONS ON OR ABOUT MAY 2, 2014)

   _____ NOT GUILTY      \_\_X\_\_ GUILTY

**COUNT SIX:** (UNLAWFUL MONETARY TRANSACTIONS ON OR ABOUT MAY 15, 2014)

_____ NOT GUILTY          \_\_X\_\_ GUILTY

**COUNT SEVEN:** (UNLAWFUL MONETARY TRANSACTIONS ON OR ABOUT JUNE 2, 2014)

_____ NOT GUILTY          \_\_X\_\_ GUILTY

**COUNT EIGHT:** (OPERATING AN UNLICENSED MONEY TRANSMITTING BUSINESS)

_____ NOT GUILTY          \_\_X\_\_ GUILTY

07/21/2022
DATE

_[Foreperson's signature]_
FOREPERSON'S SIGNATURE