U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-CR-10063-DJC |
| DEFENDANT | TYPE OF PROCESS |
| Randall Crater | Subpoena to Testify at Criminal Trial |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard C. Galvin
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4645 Lake Avenue, Centennial, CO 80121

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Scott P. Lopez, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | TBD |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-439-4990
DATE: 6/22/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin: No. 38
District to Serve: No. B13
Signature of Authorized USMS Deputy or Clerk: CR
Date: 6/29/22

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 7-9-22
Time: 0915 ☒ am ☐ pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

D/CO  1st Attempt 7-9-22 @ 0920
Deputy Otto contacted Mr. Galvin by phone and was instructed by Mr. Galvin to leave the subpoena under a cushion on the patio located at 4645 Lake Ave. Centennial, CO 80121

email by CO district attached  CR 7/15/22

Form USM-285
Rev. 03/21

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) __Richard Galvin__
was received by me on (date) __7-7-22__

☒ I served the subpoena by delivering a copy to the named person as follows: __Went to the listed address and left subpoena for Mr. Galvin__ on (date) __7-9-22__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __36.05__ for travel and $ __130.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __7-9-22__

_____
Server's signature

__Paul Otto   DUSM__
Printed name and title

__901 19th St. Denver Co 80294__
Server's address

Additional information regarding attempted service, etc:

**Rosario-Henriquez, Emely (USMS)**

**From:** McGill, Trina (USMS)
**Sent:** Thursday, July 14, 2022 4:27 PM
**To:** Rosario-Henriquez, Emely (USMS)
**Subject:** RE: Civil Process

Hey Emely,

I just spoke with our deputy that served this subpoena. He stated per the arraignment that he had with Mr. Galvin, he was to leave the subpoena at his address under a cushion on his patio. Hope this helps.

Thanks,

Trina McGill
Civil Desk
District of Colorado
(720) 584-6778

**From:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Sent:** Thursday, July 14, 2022 11:53 AM
**To:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Subject:** RE: Civil Process

Thanks!

**From:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Sent:** Thursday, July 14, 2022 1:09 PM
**To:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Subject:** RE: Civil Process

Hey Emely,

I forwarded your e-mail to our deputy who served the subpoena. I'm waiting on a response. As soon as I hear back I will confirm same with you.

Thanks,

Trina McGill
Civil Desk
District of Colorado
(720) 584-6778

**From:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Sent:** Thursday, July 14, 2022 9:57 AM
**To:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Subject:** RE: Civil Process

Hi Tina,

1

Hope you will be able to help with this question. The attorney reached out wanting to verified how Mr. Galvin was served, was he served in hand or was the subpoena left at the address.

Thanks,

*Emely Rosario*
*Investigative Analyst*
*United States Marshals Service*
*District of Massachusetts*

**Email**: Emely.Rosario-Henriquez@usdoj.gov
**Office**: 617-646-1924

**From:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Sent:** Monday, July 11, 2022 2:56 PM
**To:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Subject:** RE: Civil Process

You're welcome...

**From:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Sent:** Monday, July 11, 2022 12:54 PM
**To:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Subject:** RE: Civil Process

Thank you.

**From:** McGill, Trina (USMS) <TMcGill@usms.doj.gov>
**Sent:** Monday, July 11, 2022 1:01 PM
**To:** Rosario-Henriquez, Emely (USMS) <ERosario-Henriquez@usms.doj.gov>
**Subject:** RE: Civil Process

Hello Emely,

Case# 19-CR-10063-DJC is now closed in Capture, you should see it shortly on your dashboard. If you need anything else feel free to reach out. Have a great week!

Take care,

Trina McGill
Civil Desk
District of Colorado
(720) 584-6778