```
 1                      UNITED STATES DISTRICT COURT
                          DISTRICT OF MASSACHUSETTS
 2

 3     _____

 4     UNITED STATES OF AMERICA,

 5                       Plaintiff,        Criminal Action
                                           No. 19-10063-DJC
 6     V.
                                           July 12, 2022
 7     RANDALL CRATER,

 8                       Defendant.

 9     _____

10

11        EXCERPT TRANSCRIPT OF INITIAL INSTRUCTIONS TO THE JURY

12                BEFORE THE HONORABLE DENISE J. CASPER

13                    UNITED STATES DISTRICT COURT

14                   JOHN J. MOAKLEY U.S. COURTHOUSE

15                          1 COURTHOUSE WAY

16                          BOSTON, MA  02210

17

18

19

20
                     DEBRA M. JOYCE, RMR, CRR, FCRR
21                       Official Court Reporter
                     John J. Moakley U.S. Courthouse
22                    1 Courthouse Way, Room 5204
                           Boston, MA  02210
23                       joycedebra@gmail.com

24

25
```

```
 1   APPEARANCES:

 2   FOR THE GOVERNMENT:

 3   CHRISTOPHER J. MARKHAM, ESQ.
     BABASIJIBOMI MOORE, ESQ.
 4   US Attorney's Office - MA
     J. Joseph Moakley U.S. Courthouse
 5   1 Courthouse Way
     Suite 9200
 6   Boston, MA 02210
     617-449-6890
 7   christopher.markham2@usdoj.gov
     babasijibomi.moore2@usdoj.gov
 8
     FOR THE DEFENDANT:
 9
     SCOTT P. LOPEZ, ESQ.
10   Lawson & Weitzen
     88 Black Falcon Avenue
11   Suite 345
     Boston, MA 02210
12   617-439-4990
     splopez@lawson-weitzen.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

P R O C E E D I N G S

(The following proceedings were held in open court before the Honorable Denise J. Casper, United States District Judge, United States District Court, District of Massachusetts, at the John J. Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on July 12, 2022.

The defendant, Randall Crater, is present with counsel.  The Assistant U.S. Attorneys are present.)

\* \* \* \* \* \* \*

THE COURT:  Thank you.

And jurors, I'd just ask for your attention for a brief amount of time more this afternoon.

These are rules that I will return to throughout the course of the trial.  These are rules about how you should conduct yourselves during the trial.  They're all about maintaining a fair and impartial jury, so please keep them in mind.

First, ladies and gentlemen, do not talk amongst yourselves about this case or about anyone involved in it until the end of the case when I give you the instruction that you can go to the jury room and begin your deliberations.  You should obviously feel free to get to know each other and talk about other matters, anything but not this case or anything related to this case.

Second, and this is very important, don't make up your

1  mind about what the verdict should be until you've gone to the
2  jury room at the end of all of the evidence to begin your
3  deliberations and you and your fellow jurors have discussed the
4  evidence.  Keep an open mind until then.
5           Third, don't talk to anyone else about this case or
6  about anyone who has anything to do with it until the trial has
7  ended and I've discharged you as jurors.  Anyone else, of
8  course, means members of your family, your co-workers, your
9  friends.  You may tell them that you have been seated as a
01:05 10  juror but do not tell them anything about the case until you
11  have been discharged at the end.
12           Fourth, don't mention or discuss this case in any way
13  in any electronic form.  So in the same way you can't do it
14  person to person, live or in writing or any other manner, you
15  also can't do it in any electronic form, so don't send any
16  email, text, tweet, post or discuss the case on a blog or
17  anything like that.
18           Do not let anyone else talk to you about the case or
19  about anyone or anything that has anything to do with it.  If
01:06 20  someone should try to talk to you, you should immediately
21  report it to Ms. Hourihan, a court security officer so it can
22  be brought to my attention right away.
23           During the course of trial, don't speak to any of the
24  parties, the lawyers or the witnesses involved in the case.
25  It's important, jurors, that you not only do justice in this

1  case, but you also give the appearance of doing justice.
2      If someone saw you talking to someone involved in this
3  case, even if you were just trying to be polite, it might raise
4  issues and concerns about your ability to be fair and
5  impartial, so just don't do it.
6      If one of the lawyers or parties or witnesses doesn't
7  speak to you when you pass in the hall or if you're in the
8  elevator together, it's because they're not supposed to speak
9  with you for the same reason.
01:07 10     I don't think we're anticipating any news stories
11  about this case, but if you should happen upon something, don't
12  read it, don't listen to it, don't watch it.  And that's in
13  regards to the case, anyone involved in it or any of the
14  charges or anything related to this case.
15     Also, don't do any research on your own.  And that is,
16  don't do any research about the parties, the charges, the facts
17  here, cryptocurrency.  Don't Google or do other internet
18  searches or conduct research of any kind regarding this case,
19  the subject matter, the parties or the law.  Don't make any
01:07 20  kind of investigation about the case on your own.
21     During the course of the trial, if you have any issue
22  of any kind, just let us know, we'll stop the proceedings and
23  try to take care of the problem.  For instance, if a lawyer
24  steps between you and your line of vision to the witness, let
25  me know so you can see them.  If you can't hear a witness, let

1  us know and I'll have them repeat their answer.

2  We will take a break every morning around 11:00, and
3  on the days when we run until 4:00, as I mentioned before,
4  we'll take a one-hour lunch break.  As counsel knows, I'm
5  pretty religious about following those breaks for everyone
6  involved.

7  Jurors, all of these rules are very important to the
8  integrity of the process and maintaining your impartiality
9  throughout, so just bear them in mind.  I will reference them
10 again throughout the trial when I say good night to you at the
11 end of every day, but just keep them in mind.

12 In a moment, as I said, we're going to recess for the
13 day.  Just keep the instructions in mind.

14 The other important thing to know is counsel and I and
15 my court staff meet before 9:00 every morning, so we're all
16 here.  But we can't resume the evidence and start the trial
17 unless all 14 of you are here, which we try to do promptly
18 every day at 9:00 a.m.  So, please, beginning tomorrow, be here
19 a little before 9:00.  Ms. Hourihan is going to show you the
20 back way to get in so that we can start promptly with you at
21 9:00.

22 What will happen tomorrow is I'll give you some brief
23 preliminary instructions before you hear opening statements
24 from either side, and then the government, who bears the burden
25 of proof in this case, will begin to present its evidence that

```
 1   it contends supports the charges against Mr. Crater.
 2           With all of that said, and unless there's anything
 3   else from counsel, we'll excuse you for the day and we'll see
 4   you in the morning.
 5           Thank you.
 6           THE CLERK:  Okay, jurors, we're going to file out this
 7   way.
 8           All rise for the jury.
 9           (Jury left the courtroom.)
10           THE COURT:  Counsel, anything we need to take up now?
11   The only thing I would mention is starting tomorrow I will meet
12   with you at 8:45 again to preview -- I have the preview of the
13   lineup for tomorrow.  I'll go back over those disputed exhibits
14   and the uncontested exhibits to the extent that they bore on
15   some of those.
16           Anything else I should take up at this time?
17           MR. MARKHAM:  I believe we owe you a CD, your Honor.
18   So we can give that to Lisa?
19           THE COURT:  Yes.
20           MR. MARKHAM:  Very good.
21           THE COURT:  Anything, Mr. Lopez?
22           MR. LOPEZ:  No, your Honor.
23           THE COURT:  Thank you.  Have a good rest of the day.
24           (Court adjourned at 1:11 p.m.)
25                   - - - - - - - - - - - - -
```

```
1                         CERTIFICATION
2         I certify that the foregoing is a correct transcript
3  of the record of proceedings in the above-entitled matter to
4  the best of my skill and ability.
5
6
7
8  /s/Debra M. Joyce                   July 12, 2022
   Debra M. Joyce, RMR, CRR, FCRR      Date
9  Official Court Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```