UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-cr-10063-DJC |
| ) | |
| RANDALL CRATER, ) | |
| ) | |
| Defendant ) | |

**MOTION TO SEAL DKT. 230-1**

The government respectfully moves this Court to seal Attachment A to the Affidavit of Kathleen M. Brekenfeld (Dkt. 230-1). In support of this motion, the government states that Dkt. 230-1 reveals the names of victims. Attachment A to this motion is a version of Dkt. 230-1 that redacts the victims' names and is appropriate for the public docket.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:  /s/ Christopher J. Markham
CHRISTOPHER J. MARKHAM
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Christopher J. Markham
Christopher J. Markham
Assistant United States Attorney

Date: January 21, 2023