# EXHIBIT A

## Summary of My Big Coin Transfers

| Victim | Bank Account Receiving Funds | Identified Transfers from Victim to Crater | Identified Transfers from Crater to Victim | Amount Owed to Victim |
|---|---|---|---|---|
| | WF 5976 | $5,000.00 | | $5,000.00 |
| | WF 5976 | $51,144.00 | | $51,144.00 |
| | BBT 2534 | $5,000.00 | | $5,000.00 |
| | Citi 4789 | $15,000.00 | | $15,000.00 |
| | BBT 2534<br>WF 5976 | $70,050.00 | | $70,050.00 |
| | WF 5976<br>Citi 4789 | $5,500.00 | | $5,500.00 |
| | BBT 2534 | $50,000.00 | | $50,000.00 |
| | BBT 2534<br>WF 5976 | $86,400.00 | | $86,400.00 |
| | WF 5976 | $35,000.00 | | $35,000.00 |
| | WF 5976 | $75,000.00 | | $75,000.00 |
| | BoA 6487<br>WF 5976 | $15,420.53 | | $15,420.53 |
| | WF 5976 | $24,750.00 | | $24,750.00 |
| | WF 5976 | $110,000.00 | | $110,000.00 |
| | WF 5976 | $10,000.00 | | $10,000.00 |
| | BBT 2534<br>WF 5976<br>Citi 4789 | $277,000.00 | | $277,000.00 |
| | BBT 2534 | $4,975.00 | | $4,975.00 |
| | WF 5976 | $175,000.00 | | $175,000.00 |
| | n/a | $11,000.00 | | $11,000.00 |
| | WF 5976 | $3,142.47 | | $3,142.47 |
| | BBT 2534 | $87,250.00 | | $87,250.00 |
| | TD 1781 | $51,000.00 | | $51,000.00 |
| | BBT 2534 | $5,000.00 | | $5,000.00 |
| | BBT 2534<br>BBT 7610 | $7,000.00 | | $7,000.00 |
| | WF 5976<br>BoA 6487<br>BBT 2534 | $5,328,000.00 | | $5,328,000.00 |
| | BBT 2534<br>BBT 7610 | $30,000.00 | | $30,000.00 |
| | BBT 2534 | $6,000.00 | | $6,000.00 |
| | WF 5976 | $47,000.00 | | $47,000.00 |
| | WF 5976<br>BoA 6487<br>BBT 2534 | $35,800.00 | | $35,800.00 |
| | BBT 2534 | $30,000.00 | | $30,000.00 |
| | WF 5976 | $50,000.00 | | $50,000.00 |
| | BBT 2534 | $20,000.00 | | $20,000.00 |
| | WF 5976<br>BoA 6487 | $16,248.50 | $5,200.00 | $11,048.50 |
| | WF 5976 | $6,000.00 | | $6,000.00 |
| | WF 5976 | $25,000.00 | | $25,000.00 |
| | BBT 2534 | $70,000.00 | | $70,000.00 |
| | WF 5976 | $17,000.00 | | $17,000.00 |
| | WF 5976 | $100,000.00 | | $100,000.00 |
| | WF 5976 | $15,000.00 | | $15,000.00 |
| | WF 5976 | $43,817.65 | $90,000.00 | $0.00 |
| | WF 5976 | $25,150.00 | $28,000.00 | $0.00 |
| | WF 5976 | $40,000.00 | | $40,000.00 |

## Summary of My Big Coin Transfers

| Victim | Bank Account Receiving Funds | Identified Transfers from Victim to Crater | Identified Transfers from Crater to Victim | Amount Owed to Victim |
|---|---|---|---|---|
| | BBT 2534 | $25,000.00 | | $25,000.00 |
| | BoA 6487 WF 5976 | $7,500.00 | | $7,500.00 |
| | WF 5976 | $12,800.00 | | $12,800.00 |
| | BoA 6487 | $10,000.00 | | $10,000.00 |
| | BoA 6487 | $10,000.00 | | $10,000.00 |
| | WF 5976 | $30,000.00 | | $30,000.00 |
| | WF 5976 | $24,967.00 | | $24,967.00 |
| | BBT 2534 Citi 4789 | $11,250.00 | | $11,250.00 |
| | Citi 4789 BBT 7610 | $27,500.00 | | $27,500.00 |
| | BBT 2534 BBT 7610 | $416,000.00 | | $416,000.00 |
| | WF 5976 | $20,000.00 | | $20,000.00 |
| | Citi 4789 | $15,000.00 | | $15,000.00 |
| | BBT 2534 | $10,000.00 | | $10,000.00 |
| | BoA 6487 WF 5976 | $32,820.00 | | $32,820.00 |
| | BoA 6487 | $15,000.00 | | $15,000.00 |
| | | | | **Total: $7,678,317.50** |