FILED
IN CLERKS OFFICE

2023 JAN 23 PM 10: 12

U DISTRICT COURT
DISTRICT OF MASS

January 20, 2023

Honorable Judge Denise J. Casper,

My name is Kenneth C. Hess, I am writing this letter in support of Randall Crater. I have only met Randall once and that was when we were sitting on a bench outside the court.

Since we have only met once you would believe I really do not know Randall. I do know he is an honest individual and a christian. We both have shared prayers over the years. I say a prayer for him and his family at least once a day and for Ukraine.

When I was in court and was asked by Scott Lopez to tell my story, he stopped me from telling my knowledge and personal experience with William Donahue, Jr.. William Donahue Jr. (Billy) did several transactions with Randall to prove his abilities. Billy was able to show a picture of Gold bars that was in Spain and he had control over them. He also showed leases of oil that he could use to support My BigCoin. I was with Billy several years earlier where he showed me the same picture of Gold Bars that he said were in Brazil. He tried to use this to purchase foreign products some from Russia. I do know at this time I was supporting him and he did not have a penny to his name. Billy's mother living in northern Michigan was well off but she had just cut him off when I was with him. I do not know who verified the Gold Bars or the oil but someone got paid well to lie.

My experience and knowledge about Billy goes back many years. In court when asked I stated that Billy was a crook, a thief, a lier and much more. At this point Scott Lopez got up from his seat then cut me off and excused me.

I was introduced to Billy by my son Dan Hess in an office he shared with him. My son was was working with the inventor of the on windshield projection in our jet fighters. They were working on a hologram which they produced but needed further funding to complete the project. Billy said that he had a proposal that could fund the project. He had a friend that had thousands of dollars of German bearer bonds from WW11. He proposed to hire a company to make sure they have the bonds and that they were real. The company wanted $25 for travel and investigation. They stated they were real and wanted more funds to bring them to the United States. In our own investigation we found that they were real but the German government would not cash them til they had all of them in their hands. Billy knew this all time but he got $25K plus which he shared with his cronnies.

Billy could not pay rent so he moved in with his accountant friend Mark Abdel where he started Harmonie International. Billy asked me to join him and learn the commodity business. Some of the products he tried to sell was oil, Jet fuel, and cement were just a few. It would take several more sheets to talk about this con man. Billy temporarily lived in a home owed by his attorney for nothing. Billy got caught by Russians in one of his scams. He and I saw four very large men go to his neighbor across the street and they were there to kill him which I found out later. He had no money so I helped him with food and cigarettes for

two months.

After that mess with the Russians Billy asked me to help him leave the country. I took Billy to Detroit Metro Airport where he purchased a ticket to Spain. Billy had a friend there he knew from college. I still had contact with him in Spain. The fact that he was in Spain was denied by the Feds in court.

My son and my family have invested thousands that we borrowed from my mother in law Audrey. She is now deceased and I am trying to pay my wife back the funds we borrowed.

Please believe me Randall has turned down governments that wanted to use My Big Coin for business. He also gave Obama a back door into My Big Coin as requested as he had nothing to hide. The F.B.I. had access to everything they wanted to view in the company which was also denied by them in court.

Randall was told just in time as he was about to sign agreements changed by Billy and Rochie to eliminate Randall from My Big Coin. Randall told Mark Gillespie to thank me for telling him about crooked Billy. Randall took 60K of stock from Billy and gave to me as this was the amount we lost to Billy.

I did not try to cash my coins. The F.B.I. Called me twice starting out by saying was I mad at Randall for traveling and spending my money. I said no that my money was still in my wallet as I watched it all the time. They called again and asked the same question about Randall.

I watched my account all the time grow by mining. I gave several coins to friends after I received their personal info and social security numbers. I watched their accounts with the coin I put into their accounts. I also watched my account reduce by the same amount I gave to them.

Please Judge do not put Randall in jail as he did nothing wrong. He was only trying to build My Big Coin stronger but he only got hurt and his family destroyed by lies.

Sincerely,

*Kenneth C. Hess*

Kenneth C. Hess
7552 Westmoreland Dr
Sarasota, Florida  34243