UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

## ASSENTED-TO MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM AND RELATED MATERIALS UNDER SEAL

Defendant Randall Crater, by and through undersigned counsel, hereby moves this Honorable Court, to file his sentencing memorandum and related materials under seal.

In support of this motion, defendant states, by and through undersigned counsel, that his sentencing memorandum and related materials contain sensitive personal information about the defendant and others that should not be available to the public. In the event the Court grants this motion, undersigned counsel will file a redacted version of defendant's sentencing memorandum and related materials. The government assents to defendant's request.

WHEREFORE, defendant respectfully requests this Honorable Court to allow this motion and enter an Order permitting defendant to file his sentencing memorandum and related matters under seal.

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:


  /s/ Scott P. Lopez
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)
617-439-3987 (fax)

Dated: January 24, 2023

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      The undersigned counsel for Randall Crater hereby certifies that he conferred with AUSA Christopher J. Markham on January 24, 2023, by electronic mail, in a good faith attempt to resolve or narrow the issue raised in this motion and the government assents to this motion.

                                                  /s/ Scott P. Lopez
                                                  Scott P. Lopez

### CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 24, 2023.


                                                  /s/  Scott P. Lopez
                                                 Scott P. Lopez