FILED
IN CLERKS OFFICE

2023 JAN 26 AM 10: 24

DISTRICT COURT
CT OF MASS.

Dear Judge Casper:

I am Mark Gillespie. I testified on behalf of Randall Crater in your Courtroom in Boston.

I was hired tech support consultant with MBC starting around January 2014. I interacted almost daily with Mr. Crater and got to know him well.

I am writing this on behalf of a man whom I am convinced was not attempting to scam anyone or steal anything. Regardless, many people including me, lost money in MBC. Randall now must address a sentence.

During the time that MBC was operating, Randall worked harder than I did, at times seven days a week. He was not only dedicated to this project, but he is a dedicated family man and , as you can see from what follows, a genuine generous human being.

Randall helped many people that he never personally knew.

> (a) Adam Weber was hired by the owner, John Roche to work for My Big Coin. John failed to pay Adam, Adam reached out to Randall and advised him that he would soon be on the street and homeless. Randall sent Adam monies from Randall's pocket (not company funds) for his first month's rent and security deposit.
>
> (b) Mike Lummis, that had a complicated move from the Florida keys to Nevada involving a home sale and new home purchase. Monies were tied up and there were obstacles. I was relating to Randall this unfortunate debacle with no intent for Randall to solve or address it (why would he?) and he asked me one simple question "Are they your friends?" I answered in the affirmative. Randall asked me for their address and mailed him a personal check for four thousand dollars to resolve his immediate issue.
>
> (c) Randall Ross, a client from New York that was involved in an automobile accident, was somewhat disfigured and needed extensive work on his damaged teeth. Randall sent him funds to get it done.

I remember conversations with Randall regarding the limited capabilities of immigrants, people of color and the poor in general have, and how difficult it is for many to deal with banks and create an account. Even as just the tech guy, he was hopeful that My Big Coin debit cards could at some point make an impact with the poor and provide them a first-step towards mainstream financing and wherewithal.

There were several conversations with Randall, myself, and Ken Hess about creating soup kitchens starting in the Carolinas and then expanding, with MY Big Coin being the propellant for the idea. Ken Hess volunteered to be the point of the spear when we were ready.

Randall is the sole provider for his wife and three children. It is my understanding that Randall's mother and sister are highly dependent on Randall.

I have been a remote witness via phone calls interrupted by dogs, children, and spouse that Randall is all about his family. He shares with me much about his children. He is by any measure a very dedicated father and husband and from my perspective- friend. Randall attends school board and civic meetings as he has well- formed and strong opinions about schools and civic responsibility.

My somewhat poorly expressed point to you, Judge Casper, is this, please understand that I was raised to understand the concepts of integrity, honor, and conscience, and challenged to live my life accordingly. I have strived to do so. I believe I have the capacity to recognize a like soul. Randall Crater is a like soul.

Judge Casper, thank you for your attention and the courtesy I experienced from you, in your courtroom. I would ask that you fashion a sentence that reflects Randall Crater's many good deeds in the past as well as giving him an opportunity to make restitution to those you determine have losses. I am convinced that given that opportunity Randall can bring that about with his resourcefulness and skill, rather than remaining in prison for several years and the chance at his making restitution be lost.

With respect,

Mark Gillespie.