The Honorable Denise Casper
Federal District Judge
Boston, Massachusetts

Dear Judge Casper,

My name is Barbara Meeks.  I am writing on behalf of my son, Randall Crater.  My husband and I live in Elkin, North Carolina.  I am writing this with help from my daughter. I do not write very good, and I need to get my words to you put in the right way.

My son, Randall is the kindest person I know.  If it was not for him, I do not know where me and my husband would be.  I am 77.  I am not in good health.  I have COPD, heart and blood flow issues going with me.  I am scared to death that my son will go away for several years for this Big Coin thing in your Court.  I may never see him again.

Randall is the best husband, son and father on this earth.  He calls me every day.  Many days he calls me more than once.    He has done this for many, many years.  He helps us with money when we need it.  He is there when anyone would need him.  He has been that way since he was a teenager.

Randall did not have much school.  I blame myself for a lot of that.  I should have left his father long before he died.  I was afraid he would kill me if I did.   He treated Randall like dirt under his feet.   I can see the look on my son's face as a child when his father would call him terrible names.  Randall would hide in the closet when he was small when his father would come home drunk.

When Randall got older, he would try to stand up to his father for me and my daughter. That was worse.  I cry now when I think of it, but you need to know how bad it was.

I say this not to ask you to be light on him 35 years later but to show you that rather than being a mean, angry person, Randall is a kind, generous, loving man.

Randall has taught himself a lot of things to try to take himself and his family away from the life we had for so many years.  I am proud of him for that.

Since Randall got arrested, there have been newspaper stories calling him a scammer and a thief. There have been a lot of them. They have caused me to have threatening phone calls. I have been threatened with rape and murder. Erica has gotten the same.

Every time Randall goes to Court, the news seems to make him worse and worse. It has been a nightmare for all of us.

Judge Casper, my son made a mistake in letting people say things about this coin company that was not true. He made money from it. I know he spent his money on it too. He believed in it. He could not run a company or make all of these claims. He works hard and dreams big, but he does not have what they say in him. A mother knows that.

Please take him away for a short amount of time. He has already learned from this is the loss of friends and the embarrassment and shame he has never known in his life.

My blessings on you.

Respectfully,


Barbara Meeks