UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | 19-cr-10063-DJC |
| RANDALL CRATER, | ) | |
| | ) | |
| Defendant | ) | |

DEFENDANT'S POSITION ON RESTITUTION
_____

Defendant Randall Crater, by and through undersigned counsel, hereby withdraws his objections to the restitution amounts set forth in his Presentence Report.

                                                            Respectfully submitted,
                                                           For the Defendant,
                                                           Randall Crater
                                                           By his attorneys:

                                                           /s/ Scott P. Lopez
                                                           Scott P. Lopez, BBO # 549556
                                                           splopez@lawson-weitzen.com
                                                           LAWSON & WEITZEN, LLP
                                                           88 Black Falcon Ave, Suite 345
                                                           Boston, MA 02210
                                                           617-439-4990 (tel.)
Dated: February 7, 2023                 617-439-3987 (fax)

Case 1:19-cr-10063-DJC   Document 255   Filed 02/07/23   Page 2 of 2

2

...

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 7, 2023.

                                /s/ Scott P. Lopez
                                Scott P. Lopez