UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RANDALL CRATER,  )<br>)<br>Defendant.  ) | Criminal No.: 19-CR-10063-DJC |

JOINT NOTICE TO CANCEL RESTITUTION HEARING

The United States of America and defendant Randall Crater, by and through undersigned counsel, jointly move the Court to cancel the restitution hearing scheduled for February 28, 2023.

In support of this motion, the parties state that in light of defendant's position on restitution, *see* Dkt. 255, a hearing is no longer necessary and the parties request the Court to enter an Order of restitution in accordance with the amounts set forth in the Presentence Report.

Respectfully submitted,

RACHEL S. ROLLINS
UNITED STATES ATTORNEY

Date: February 9, 2023
 */s/ Christopher Markham*
Christopher Markham
Assistant U.S. Attorney

Date: February 9, 2023
*/s/ Scott P. Lopez*
Scott P. Lopez
Counsel for Randall Crater

CERTIFICATE OF SERVICE

I, Scott P. Lopez, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 9, 2023        */s/ Scott P. Lopez*
                                                  Scott P. Lopez