| Contact ID | Loss Amount |
|---:|---:|
| 6958931 | $ 15,000.00 |
| 6958932 | $ 50,000.00 |
| 6958933 | $ 15,000.00 |
| 6958934 | $ 15,000.00 |
| 6958936 | $ 110,000.00 |
| 6959754 | $ 35,800.00 |
| 5977295 | $ 87,250.00 |
| 5970112 | $ 5,000.00 |
| 6959756 | $ 25,000.00 |
| 6959757 | $ 24,967.00 |
| 6959758 | $ 10,000.00 |
| 6959759 | $ 5,000.00 |
| 6959760 | $ 20,000.00 |
| 6959761 | $ 75,000.00 |
| 7065588 | $ 100,000.00 |
| 6959762 | $ 7,000.00 |
| 6959763 | $ 20,000.00 |
| 6959765 | $ 51,144.00 |
| 6959766 | $ 47,000.00 |
| 6959775 | $ 70,000.00 |
| 6959776 | $ 30,000.00 |
| 6959777 | $ 15,000.00 |
| 5977294 | $ 5,000.00 |
| 6959768 | $ 175,000.00 |
| 6959769 | $ 27,500.00 |
| 6959770 | $ 277,000.00 |
| 6959772 | $ 11,048.50 |
| 6959773 | $ 5,328,000.00 |
| 6959792 | $ 10,000.00 |
| 6959782 | $ 50,000.00 |
| 6959783 | $ 30,000.00 |
| 6959785 | $ 86,400.00 |
| 6959786 | $ 17,000.00 |
| 6959793 | $ 51,000.00 |
| 6959787 | $ 40,000.00 |
| 6959788 | $ 6,000.00 |
| 6959789 | $ 6,000.00 |
| 6959790 | $ 11,000.00 |
| 6959791 | $ 10,000.00 |
| 6959794 | $ 35,000.00 |
| 6959807 | $ 30,000.00 |
| 6959795 | $ 32,820.00 |
| 6959796 | $ 70,050.00 |
| 6959797 | $ 24,750.00 |
| 6959798 | $ 25,000.00 |
| 6959808 | $ 4,975.00 |

| | | |
|---|---|---:|
| 6959801 | $ | 7,500.00 |
| 6959802 | $ | 416,000.00 |
| 6959803 | $ | 3,142.47 |
| 6959805 | $ | 5,500.00 |
| 6959806 | $ | 12,800.00 |
| 6959809 | $ | 15,420.53 |
| 6959810 | $ | 11,250.00 |
| | $ | 7,668,317.50 |