UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
|     Defendant | ) | |

NOTICE OF APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR THE FIRST CIRCUIT FROM THE
JUDGMENT AND SENTENCE OF THE DISTRICT COURT
_____

Notice is hereby given that defendant Randall Crater hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence announced in the above-captioned action on January 31, 2023, from the Final Judgment entered in said action on February 6, 2023, and from Amended Judgment entered in said action on February 10, 2023.

    Respectfully submitted,
    For the Defendant,
    Randall Crater
    By his attorneys:

     /s/ Scott P. Lopez
    Scott P. Lopez, BBO # 549556
    splopez@lawson-weitzen.com
    LAWSON & WEITZEN, LLP
    88 Black Falcon Ave, Suite 345
    Boston, MA 02210
    617-439-4990 (tel.)
Dated: February 14, 2023    617-439-3987 (fax)

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 14, 2023.

                        /s/ Scott P. Lopez
                        Scott P. Lopez