UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Randall Crater

District Court Number: 19cr10063-DJC

Fee: Paid? Yes ____ No ____ Government filer ____ *In Forma Pauperis* Yes _X_ No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No _X_ | Sealed documents | Yes _X_ No ____ |
| If yes, document # | | If yes, document # | 99,107,109,116,182,186,201,202 |
| *Ex parte* documents | Yes _X_ No ____ | Transcripts | Yes _X_ No ____ |
| If yes, document # | 212,229,230,234,236 | If yes, document # | 216,217,218,219,220,221,222,223 |

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

Appeal from:

#253 Judgment, #257 Amended Judgment

Other information:

(Additional Sealed Documents:231,233,234,236,242,254)

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#253, #257, and #260

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __260__ filed on February 14, 2023.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 15, 2023.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**