UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 19-cr-10063-DJC |
| | ) | |
| RANDALL CRATER, | ) | |
| Defendant | ) | |

**DEFENDANT RANDALL CRATER'S ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING HIS APPEAL**

Defendant Randall Crater, by and through undersigned counsel, respectfully moves this Honorable Court for leave to file a Reply to the government's Opposition to Defendant's Motion for Release Pending Appeal.

In support of this motion defendant states, by and through undersigned counsel, that a brief Reply is necessary to respond to some of the arguments made in the government's opposition that were not reasonably foreseeable when defendant's Motion for Release Pending Appeal was filed. Given undersigned counsel other professional commitments, defendant requests to file her Reply on or before March 15, 2023.

Finally, undersigned counsel has conferred with counsel for the government, and the government assents to defendant's request for leave to file a Reply.

Respectfully submitted,
For the Defendant,
Randall Crater
By his attorneys:

　/s/ Scott P. Lopez　
Scott P. Lopez, BBO # 549556
splopez@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Ave, Suite 345
Boston, MA 02210
617-439-4990 (tel.)

Dated: March 14, 2023　　　　　　　　617-439-3987 (fax)

CERTIFICATE OF SERVICE

　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2023.

　/s/ Scott P. Lopez　
Scott P. Lopez

2